| | |
|---|---|
| **Fill in this information to identify your case:** | |
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF WISCONSIN | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Extreme Customs, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA Tire Reps, LLC** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4772778** | |
| 4. | **Debtor's address** | **Principal place of business** **2175 S. Koeller St.** **Oshkosh, WI 54901** Number, Street, City, State & ZIP Code **Winnebago** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.extremecustoms.com | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Debtor | **Extreme Customs, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Extreme Customs, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Oshkosh Refurb, Inc.** | Relationship | **Affiliate** | |
| District | **Eastern District of Wisconsin** | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

. *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Extreme Customs, LLC**
Name

Case number (*if known*)

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Extreme Customs, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 15, 2023**
   MM / DD / YYYY

**X** **/s/ Tyler G. Reilly**   **Tyler G. Reilly**
Signature of authorized representative of debtor   Printed name

Title   **Sole Member and Manager**

**18. Signature of attorney**

**X** **/s/ Paul G. Swanson**   Date **December 15, 2023**
Signature of attorney for debtor   MM / DD / YYYY

**Paul G. Swanson 1007861**
Printed name

**SWANSON SWEET LLP**
Firm name

**107 Church Avenue**
**Oshkosh, WI 54901**
Number, Street, City, State & ZIP Code

Contact phone   **920-235-6690**   Email address   **pswanson@swansonsweet.com**

**1007861 WI**
Bar number and State

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** 200 Vesey St New York, NY 10285 | | **Credit Card Charges** | **Unliquidated** | | | **$288,153.42** |
| **American Tire Distributors** 340 E. Mahn Ct. Oak Creek, WI 53154 | 1-888-393-9964 | **Trade** | **Unliquidated Disputed** | | | **$647,353.11** |
| **Axe Compression Forged** 4000 Frontage Rd S #420 Lakeland, FL 33815 | shiva@axewheels.com 4072451117 | **Trade** | **Unliquidated** | | | **$28,277.00** |
| **Capital One** 1680 Capital One Dr Mc Lean, VA 22102 | | **Credit Card Charges** | **Unliquidated** | | | **$261,651.61** |
| **CLA** 200 E Washington St Appleton, Wi 54911 | | **Trade** | **Unliquidated** | | | **$12,876.29** |
| **Diamond Auto Industries** 779 Palmyrita Ave Riverside, CA 92507 | robert@rbpwheel.com,ernie@rbpwheel.com 877-519-9090 ext. 6224 | **Trade** | **Unliquidated** | | | **$96,675.36** |
| **Elite Wheel & Tire Distributors** 3901 Riga Blvd. Tampa, FL 33619 | matt@ewwfl.com 813-673-8393 | **Trade** | **Unliquidated** | | | **$305,915.89** |
| **FedEx** 3965 Airways Blvd Module G, 4th floor Memphis, TN 38116 | | **Trade** | **Unliquidated** | | | **$513,139.74** |
| **Lexani** 1121 Olympic dr Corona, CA 92881 | dvereen@lexani.com 8008339700 | **Trade** | **Unliquidated** | | | **$72,523.00** |

| Debtor | Extreme Customs, LLC | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| MKW Alloy Inc.<br>19525 E. Walnut Dr. So.<br>City Of Industry, CA 91748 | sales@mkwalloy.com<br>909-444-0164 | Trade | Unliquidated | | | $12,564.00 |
| R&L Carriers<br>600 Gillam Rd<br>Wilmington, OH 45177 | | Trade | Unliquidated | | | $35,850.84 |
| Roadrunner<br>1431 Opus PL #530<br>Downers Grove, IL 60515 | | Trade | Unliquidated | | | $12,217.10 |
| Tires Easy<br>4562 E 2nd<br>Ste H<br>Benicia, CA  94510 | | Trade | Unliquidated | | | $70,142.66 |
| United Tire & Wheel<br>83 Paragon Dr.<br>Romeoville, IL 60446 | clifford@unitedtireandwheel.com,<br>(630) 521-9501 | Trade | Unliquidated | | | $98,125.17 |
| US Auto Force<br>425 Better Way<br>Appleton, Wi 54915 | DL-etailer@usventure.com<br>800-490-4901 | Trade | Unliquidated | | | $157,024.91 |
| Vision Wheel<br>6675 Daniel Burham Dr<br>Suite C<br>Portage, IN 46368 | jgearhart@visionwheel.com<br>866-645-2664 | Trade | Unliquidated | | | $40,457.60 |
| Wegmann Automotive USA Inc.<br>1715 Joe B Jackson Parkway<br>Murfreesboro, TN 37127 | Orders@wegmann-automotive.com<br>855-573-6748 | Trade | Unliquidated | | | $56,737.44 |
| Wheel Pros<br>2360 Galvin Dr<br>Elgin, IL 60124 | stevew@wheelpros.com<br>7209037884 | Trade | Unliquidated | | | $370,369.09 |
| Wheel-1<br>4306 United Pkwy.<br>Schiller Park, IL 60176 | EORDERS-CHI@WHEEL-1.COM<br>1-866-894-3351 | Trade | Unliquidated | | | $414,943.65 |
| Worldwide Express<br>1477 Kenwood Center<br>Menasha, WI 54952 | e_aball@hotmail.com | Trade | Unliquidated | | | $23,779.38 |

2Crave
2007 Royal Ln
Dallas, TX 75229

4Play
1916 72nd D
Sarasota, FL 34243

9SIX9 Wheels
8885 White Oak Ave
Rancho Cucamonga, CA 91730

Aftermarket Financing, LLC
3420 JACKSON ST
Oshkosh, WI 54901-8144

Allied Wheel Components, INC.
12300 Edison Way PO Box 5667
Garden Grove, CA 92841

American Express
200 Vesey St
New York, NY 10285

American Tire Distributors
340 E. Mahn Ct.
Oak Creek, WI 53154

Aodhan Wheels
2271 National Ave
Hayward, CA 94545

Atty. Alexander Ullenberg
101 Camelot Dr., Ste. 2b
Fond Du Lac, WI 54935

Atty. David Potteiger
Walcheske & Luzi, LLC
235 N Executive Drive, Suite 240
Brookfield, WI 53005

Atty. Jonathan D. McCollister
9312 W National Ave
Milwaukee, WI 53227

Atty. Ryan M. Peterson
9312 W. National Avenue
Milwaukee, WI 53227

Aurora Medical Center of Oshkosh Inc.
PO Box 343910
Milwaukee, WI 53215

Aurora Medical Center of Oshkosh, Inc.
PO Box 343910
Milwaukee, WI 53215

AVID.1 Autotech Accs. Inc.
21303 Itasca St.
Chatsworth, CA 91311

Axe Compression Forged
4000 Frontage Rd S
#420
Lakeland, FL 33815

Bank First, N.A. f/k/a Hometown Bank
1159 N Koeller St.
Oshkosh, WI 54902

Capital One
1680 Capital One Dr
Mc Lean, VA 22102

CLA
200 E Washington St
Appleton, Wi 54911

Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

Diamond Auto Industries
779 Palmyrita Ave
Riverside, CA 92507

DWG Wheels
5306 Irwindale Ave
Irwindale, CA 91706

Eclipse
3860 Pembroke Rd
Hollywood, FL 33021

Elite Wheel & Tire Distributors
3901 Riga Blvd.
Tampa, FL 33619

ESR Wheels
350 Ranger Ave
STE A
Brea, Ca 92821

Extreme Auto Sales LLC
W7627 HIGHWAY 21
Wautoma, WI 54982

Extreme Cares Foundation, LLC
2175 S. KOELLER ST.
Oshkosh, WI 54902

FedEx
3965 Airways Blvd Module G, 4th floor
Memphis, TN 38116

Ferrada
12515 City Park Drive
Bldg 2 Unit 100
missouri, TX 77489

Fifteen52
1010 East Carson St
Carson, CA 90745

FR Vehicle Solutions
13353 Benson Ave
Chino, CA 91710

Heritage Wheels
5159 Brooks St
Suite G
Montclair, CA 91763

Insolvency Unit West 17, Grp 4-Milwaukee
Organization Code: SES:C:AIQ:WI7
211 W. Wisconsin Ave, Stop 5301
Milwaukee, WI 53203-2221

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Jacob Vandenhouten
1110 North 23rd Street
Manitowoc, WI 54220

Jason D. Hermersmann
Kohn Law Firm
735 N. Water Street
Suite 1300
Milwaukee, WI 53202-4106

Jesus Quinones
134 North Western Avenue
Neenah, WI 54956

K & M Tire
965 Spencerville Road
Delphos, OH 45833

```
Koby Weber
4015 Rock Street
Manitowoc, WI 54220

Kyle Anklam
220 Oxford Avenue
Oshkosh, WI 54901

Law Firm of Conway, Olejniczak & Jerry
231 South Adams Street
Green Bay, WI 54301

Lexani
1121 Olympic dr
Corona, CA 92881

Lock Offroad
4490 Ayers Ave
Vernon, CA 90058

Meyer Distributing
710 Hastings Ave
Suite 330
Newport, MN 55055

MKW Alloy Inc.
19525 E. Walnut Dr. So.
City Of Industry, CA 91748

MRR Wheels
6334 Chalet Dr.
Commerce, CA 90040

MW Company
1525 Ardmore Ave
Itasca, IL 60143

Nayshaly Aponte
2827 W. Parnell Avenue
Apt 304
Milwaukee, WI 53221

Option Lab
2407 Chico Ave
Unit H
South El Monte, CA 91733

Oshkosh Refurb, Inc.
2175 S. Koeller St.
Oshkosh, WI 54901

R&L Carriers
600 Gillam Rd
Wilmington, OH 45177
```

Realview Media, LLC
210 N Main St., Ste. 100
Oshkosh, WI 54901-4803

Reilly Real Estate, LLC
2175 S KOELLER ST
Oshkosh, WI 54902-9203

Roadrunner
1431 Opus PL #530
Downers Grove, IL 60515

Rough Country
1400 Morgan Road
Dyersburg, TN 38044

RTX - Thibert
90 Trade Zone Court
Ronkonkoma, NY 11779

Strada Wheels
560 Magnolia Ave
Ontario, CA 91762

Taylor Huisman
850 Miller Lane
Oshkosh, WI 54901

The Shop Bar and Grille, LLC
210 N Main St
Oshkosh, WI 54901-4803

Thret Offroad
900 W Warm Springs Rd
SUITE 111
Henderson, NV 89011

Tire Depot
8090 Ranchers Rd NE
Fridley, MN 55432

Tire Reps, LLC
2175 S. KOELLER ST
Oshkosh, WI 54902

Tires Easy
4562 E 2nd
Ste H
Benicia, CA 94510

Tyler G. Reilly
1384 Whispering Pines Lane
Neenah, WI 54956

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

United Tire & Wheel
83 Paragon Dr.
Romeoville, IL 60446

US Auto Force
425 Better Way
Appleton, Wi 54915

VCT
6065 Malburg Way
Vernon, CA 90058

Vision Wheel
6675 Daniel Burham Dr
Suite C
Portage, IN 46368

Voxx
1253 E Artesia Blvd
Carson, CA 90746

WBD, Inc.
4618 S. Biltmore Lane
Madison, WI 53718

Wegmann Automotive USA Inc.
1715 Joe B Jackson Parkway
Murfreesboro, TN 37127

Wells Fargo
800 Walnut Street 4th Floor
Des Moines, IA 50309

Wheel Pros
2360 Galvin Dr
Elgin, IL 60124

Wheel-1
4306 United Pkwy.
Schiller Park, IL 60176

Wisconsin Department of Revenue
P.O. Box 8981
Madison, WI 53708-8981

World Acceptance Corporation
108 Frederick St
Greenville, SC 29607

```
Worldwide Express
1477 Kenwood Center
Menasha, WI 54952

XXR Wheels/Primax Wheel Corp.
4688 Troy Ct
Jurupa Valley, CA 92509
```