Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January 12, 2024**    X **/s/ Tyler G. Reilly**
                                     Signature of individual signing on behalf of debtor

                                            **Tyler G. Reilly**
                                            Printed name

                                            **Sole Member and Manager**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Extreme Customs, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    **23-25770**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................    $ _____ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $ _____ **4,788,486.50**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $ _____ **4,788,486.50**

---

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $ _____ **8,762,929.03**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..................................    +$ _____ **3,886,105.17**

4.    **Total liabilities** ...............................................................................................................................
    Lines 2 + 3a + 3b    $ _____ **12,649,034.20**

**Fill in this information to identify the case:**

Debtor name    **Extreme Customs, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF WISCONSIN

Case number (if known)    **23-25770**

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank First, N.A.** | **Extreme Customs Operating Account** | 1212 | $269.81 |
| 3.2. | **Bank First, N.A.** | **Extreme Customs Paypal Account** | 1204 | $99,956.52 |
| 3.3. | **Chase Bank** | **Operating Account and then Debtor in Possession Account** | 9161 | $5,534.24 |
| 3.4. | **Tango Account** | **Customer cashback rewards account** | | $2,385.00 |
| 3.5. | **PayPal Account** | | | $30,907.65 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**             | $139,053.22 |

      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☑ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.     Accounts receivable

11a. 90 days old or less:          5,668.69          -          0.00      =  ....          $5,668.69

face amount                                    doubtful or uncollectible accounts

**Accounts receivable 1-90 days old**

11b. Over 90 days old:          79,081.37          -          72,195.82    =....          $6,885.55

face amount                                    doubtful or uncollectible accounts

**Accounts receivable over 90 days old ($97,122.45) minus unapplied amounts of $18,041.08 = $79,081.37**

12.     **Total of Part 3.**                                                            $12,554.24

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19.     Raw materials** | | | | |
| **20.     Work in progress** | | | | |
| **21.     Finished goods, including goods held for resale** | | | | |
| **22.     Other inventory or supplies Inventory from 12/13/2023 inventory report (inventory report available upon request)** | | $0.00 | Inventory Report | $2,449,475.98 |

23.     **Total of Part 5.**                                                            $2,449,475.98

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value _____0.00_____ Valuation method **Book cost** Current Value _____168,928.88_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☐ No
    ■ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture**<br>**Desks, TVs, Furniture, AC Cubicles, Bar Racking (see attached depreciation schedule group 1260 for itemization) net book value is listed, however debtor estimates value at approximately $5,500)** | **$17,510.22** | **Debtor's estimat** | **$5,500.00** |
| 40. **Office fixtures**<br>**Carpeting, flooring, light fixtures signs (see attached depreciation schedule group 1280 for itemization) net book value is listed** | **$143,556.00** | | **$143,556.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Computers, Computer Equipment, Laptops, Telephones and Server, and Software (see attached depreciation schedule, group 1240 and group 1250 number 110 for itemization) net book value is listed, however debtor estimates value to be approximately $3,300)** | **$7,480.78** | **Debtor's estimat** | **$3,300.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

    | **$152,356.00** |
    | --- |

44.     **Is a depreciation schedule available for any of the property listed in Part 7?**
        ☐ No
        ☑ Yes

45.     **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **47.1.  Extreme Auto Sales, LLC transferred its automobile inventory to the debtor prior to filing of this case.  Bank First has such inventory as collateral for the debtor's loans. Total cost value is approx. $153,642.  Bank First holds titles. Bill of sale and inventory list is attached hereto.** | **$0.00** | **Recent cost** | **$153,642.00** |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Tire Changing Machines, Wheel Balancing Machines, Tire Alignment Machines, Compressors, Forklifts, Vehicle Lift Machines, Woodworking Equipment and related equipment (see attached depreciation schedule at group 1250 for itemization) net book value is listed, however debtor estimates value to be approximately $195,181.40** | **$161,978.96** | **Debtor's estimat** | **$195,181.40** |
| **Racking Equipment, Drilling Equipment & Tools, Fabrication Table, Chemical Storage Cabinet (see attached depreciation schedule group 1250 items 42, 46, 58, 60, 71, 97, 99, 113 for itemization) net book value is listed, however debtor estimates value to be approximately $14,850)** | **$29,325.25** | **Debtor's estimat** | **$14,850.00** |
| **CNC Machine Haas VF-3SSYT  (see attached depreciation schedule group 1250 number 98 for itemization) net book value is listed, however debtor estimates value to be approximately $50,000)** | **$50,473.31** | **Debtor's estimat** | **$50,000.00** |

| | | | |
|---|---|---|---|
| **Cameras, Audio Display System, Security System, Event Booth (see attached depreciation schedule for itemization group 1250 numbers 23-24, 28, 38-39, 47, 52, 73) net book value is listed, however debtor estimates value to be approximately $11,536)** | **$0.00** | Debtor's estimat | **$11,536.00** |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | $425,209.40 |
    |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Debtor has a leasehold interest in the land and improvements at 2175 S. Koeller St., Oshkosh, WI 54904 from Oshkosh Refurb, Inc. pursuant to a triple net lease dated October 1, 2019. Market value per February 2023 appraisal report commissioned by Hometown bank is $5,585,000** | **Lessee** | **$0.00** | **Appraisal** | **$0.00** |

56. **Total of Part 9.**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    | $0.00 |
    |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.     **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.     **Internet domain names and websites** <br> **Various domain names and values itemized in the attachment (GoDaddy is an online domain host that provides a value of $718,101 but debtor has received an offer of $1-1.3m from an unrelated suitor)** | **$0.00** | | **$1,000,000.00** |
| 62.     **Licenses, franchises, and royalties** | | | |
| 63.     **Customer lists, mailing lists, or other compilations** | | | |
| 64.     **Other intangibles, or intellectual property** | | | |
| 65.     **Goodwill** | | | |

66.     **Total of Part 10.**                                                                  **$1,000,000.00**

        Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
        ☐ No
        ☑ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
        ☑ No
        ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
        Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

                                                                              Current value of debtor's interest

71.     **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Total amount due from Credit Card/Check Sales**                                  $609,837.66

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$609,837.66

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | Extreme Customs, LLC | Case number *(If known)* 23-25770 |
|---|---|---|
| | Name | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $139,053.22 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $12,554.24 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,449,475.98 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $152,356.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $425,209.40 | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $609,837.66 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,788,486.50 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,788,486.50 |

# BILL OF SALE

Extreme Auto Sales LLC, a Wisconsin limited liability company (hereinafter "Seller"), for valuable consideration of $1.00, the sufficiency and receipt of which is hereby acknowledged, hereby sells, conveys, bargains, assigns, grants and sets over to Extreme Customs, LLC, a Wisconsin limited liability company (hereinafter "Buyer") all of Sellers' rights, title and interest in and to any and all automobile inventory (the "Assets"), including but not limited to all of the automobiles described on Exhibit A hereto, or any other type of tangible property of any kind, wherever located. Seller transfers all such Assets subject to any valid and enforceable liens, encumbrances, and obligations of the Seller, including those obligations incurred by virtue of the Bank First National floor plan, which the Buyer by acceptance of this conveyance agrees to assume and properly discharge. Seller warrants that it has full right, power and authority to sell said property and to make this Bill of Sale.

THE ASSETS CONVEYED HEREUNDER ARE CONVEYED "AS IS", "WHERE IS" AND WITH ALL FAULTS, AND WITHOUT WARRANTIES, EXPRESS OR IMPLIED.

Dated: 12/15/23

EXTREME AUTO SALES LLC
a Wisconsin Limited Liability
Company


By: _____
Tyler G. Reilly
Sole Member and Manager

EXTREME CUSTOMS, LLC
a Wisconsin Limited Liability
Company


By: _____
Tyler G. Reilly
Sole Member and Manager

# EXHIBIT A

P R I C E   L I S T
------------------

| YEAR MAKE MODEL | STOCK | VIN | COLOR | MILES | RETAIL PRICE | DAYS ON LOT | INTERNET PRICE | TOTAL COST |
|---|---|---|---|---|---|---|---|---|
| 89 CHEVROLET GMT-400 | 4456 | 1GCGK24KXKE172218 | GRAY | 137,123 | 7,995 | 415 | 7,995 | 2,249 |
| 12 CHEVROLET EQUINOX | 4460 | 2GNALFEK6C1182456 | WHITE | 124,943 | 12,995 | 343 | 7,995 | 8,331 |
| 13 BUICK ENCORE | 4462 | KL4CJFSB4DB152007 | BLACK | 147,607 | 12,995 | 332 | 7,995 | 8,895 |
| 19 GMC ACADIA | 4466 | 1GKKNXLS6KZ163545 | GRAY | 56,099 | 34,995 | 182 | 30,995 | 31,302 |
| 18 NISSAN SENTRA | 4467 | 3N1AB7AP3JY325870 | BLACK | 78,971 | 13,995 | 175 | 11,495 | 8,148 |
| 16 NISSAN ALTIMA | 4468 | 1N4AL3AP0GC153422 | WHITE | 135,299 | 11,995 | 175 | 9,495 | 5,246 |
| 22 CHEVROLET MALIBU | 4470 | 1G1ZD5ST8NF105141 | BLACK | 79,303 | 23,995 | 151 | 18,495 | 17,309 |
| 14 CHEVROLET MALIBU | 4473 | 1G11C5SLXEF140800 | MAROO | 127,981 | 9,995 | 140 | 8,395 | 9,190 |
| 14 NISSAN VERSA | 4475 | 3N1CN7APXEL801714 | BLUE | 151,591 | 6,995 | 105 | 5,995 | 3,880 |
| 18 HYUNDAI SONATA | 4476 | 5NPE24AF5JH706511 | RED | 60,646 | 16,995 | 98 | 14,495 | 10,207 |
| 16 HYUNDAI SONATA | 4478 | 5NPE24AFXGH289864 | GRAY | 99,898 | 12,995 | 84 | 10,995 | 5,846 |
| 12 NISSAN VERSA | 4479 | 3N1CN7APXCL856466 | SILVE | 175,993 | 5,995 | 78 | 4,995 | 1,060 |
| 09 LEXUS IS | 4482 | JTHCK262595029116 | GRAY | 124,774 | 9,995 | 25 | 8,995 | 5,888 |
| 14 FORD ESCAPE | 4483 | 1FMCU9G93EUB50612 | MAROO | 94,023 | 8,995 | 24 | 7,995 | 4,117 |
| 19 ACURA RDX | 4484 | 5J8TC2H31KL005659 | SILVE | 106,511 | 24,430 | 9 | 22,995 | 19,748 |
| 15 CHEVROLET SILVERADO 150 | 4485 | 1GCVKRECXFZ253130 | BLACK | 145,565 | 18,995 | 7 | 17,995 | 12,226 |

Vehicles on report:        16     Average Days on Lot:         146
Retail Price Total:   $234,355     Retail Price Average:    $14,647
Internet Price Total: $197,320     Internet Price Average:  $12,333
Total Cost Total:     $153,642     Total Cost Average:       $9,603
Mileage Average:      115,395

A102911 Extreme Customs, LLC
27-4772778
FYE: 12/31/2023

**Book Group Summary** **1/01/23 - 12/31/23**

11/13/2023 12:09 PM

Page 1

| Group | Cost Beginning | Cost Acquisitions | Cost Disposals | Cost Ending | Depreciation Prior | Depreciation Additions | Depreciation Reductions | Depreciation Ending |
|---|---|---|---|---|---|---|---|---|
| 1240 - OFFICE EQUIP | 46,463.48 | 0.00 | 0.00 | 46,463.48 | 37,045.95 | 5,212.02 | 0.00 | 42,257.97 |
| 1250 - EQUIPMENT | 914,871.27 | 0.00 | 0.00 | 914,871.27 | 580,788.36 | 89,030.12 | 0.00 | 669,818.48 |
| 1260 - FURNITURE & | 59,533.18 | 0.00 | 0.00 | 59,533.18 | 36,916.79 | 5,106.17 | 0.00 | 42,022.96 |
| 1270 - VEHICLES | 38,465.00 | 0.00 | 0.00 | 38,465.00 | 9,928.00 | 0.00 | 0.00 | 9,928.00 |
| 1280 - LEASEHOLD IN | 182,863.36 | 0.00 | 0.00 | 182,863.36 | 33,828.26 | 5,479.10 | 0.00 | 39,307.36 |
| 1301 - LOAN FEES | 32,865.00 | 0.00 | 0.00 | 32,865.00 | 9,156.60 | 1,374.40 | 0.00 | 10,531.00 |
| **Grand Total** | 1,275,061.29 | 0.00 | 0.00 | 1,275,061.29 | 707,663.96 | 106,201.81 | 0.00 | 813,865.77 |

A102911  Extreme Customs, LLC
27-4772778
FYE: 12/31/2023

**Banner: N02 C/Y Additions - Book**

11/13/2023  12:09 PM
Page 1

**\*\*\* NO ASSETS MEET THIS REPORT'S PRINT CRITERIA \*\*\***
**Please check the print options for this report.**

Note: By default, assets that are in a Misc activity are not included in reports.
To include Misc activity assets either change the report's print options or reassign the assets to another activity.
For more information, see Help > Additional Resources > Frequently Asked Questions.

**Assets selected:**

All associations included

**Date placed in service:**
Current year: 1/01/23 to 12/31/23

**Assets selected 2:**

**Cost\Basis:**

| Book negative basis | Book zero basis | Book positive basis |
|---|---|---|

**Net Book Value:**

| Book assets fully depreciated | Book assets not fully depreciated |
|---|---|

**Methods:**

| No Method | MACRS | MACRS SL Class Life | MACRS SL ADS Life | MACRS 150% & Farm |
|---|---|---|---|---|
| MACRS 150% ADS Life | MACRS - Indian Reservation | MACRS - Indian Res 150% | ACRS | ACRS SL |
| Straight Line | 125% DB | 150% DB | 200% DB | Units of Production |
| Years Digits | Amortization | Memo | Land | 9 YR 200%DB HY |
| 2nd qtr tractor | 1st qtr trailer | 4th qtr tractor | 3rd qtr tractor | 1st qtr tractor |
| 2nd qtr trailer | 3rd qtr trailer | 4th qtr trailer | 10 YR - INDIAN GREENHOUSE | Farm Mach on Reservation |
| 7 YR - INDIAN GREENHOUSE | Encap Units of Production | 200% DDB-7yr | 200% DDB-5yr | 10% NO 1st year |
| 15% Oct Addition | monthly rent | | 15% NO 1st year | |
| 20% Oct Addition | | 20% NO 1st year | | 30% Oct Addition |
| 30% NO 1st year | | | | 5% NO 1st year |
| | VA Bonus Depreciation | | | |

**Asset presentation:**

**First Sort:**

| Date In Service | Subtitle: NO | Subtotal: NO | Page break: NO |
|---|---|---|---|
| | Case sensitive: NO | Sort: Ascending | |

**Second Sort:**

| Group | Subtitle: YES | Subtotal: YES | Page break: NO |
|---|---|---|---|
| | Case sensitive: NO | Sort: Ascending | |

**Third Sort:**

| None | Subtitle: NO | Subtotal: NO | Page break: NO |
|---|---|---|---|
| | Case sensitive: NO | Sort: None | |

Case 23-25770-beh    Doc 64    Filed 01/12/24    Page 15 of 63

A102911  Extreme Customs, LLC
27-4772778
FYE: 12/31/2023

**Banner: Book Current Year Disposals**

11/13/2023  12:09 PM
Page 1

**\*\*\* NO ASSETS MEET THIS REPORT'S PRINT CRITERIA \*\*\***
**Please check the print options for this report.**

**Note:**  By default, assets that are in a Misc activity are not included in reports.
To include Misc activity assets either change the report's print options or reassign the assets to another activity.
For more information, see Help > Additional Resources > Frequently Asked Questions.

**Assets selected:**

All associations included

**Asset presentation:**

**First Sort:**
Group

Subtitle: YES
Case sensitive: NO

Subtotal: YES
Sort: None

Page break: NO

**Second Sort:**
None

Subtitle: NO
Case sensitive: NO

Subtotal: NO
Sort: None

Page break: NO

**Third Sort:**
None

Subtitle: NO
Case sensitive: NO

Subtotal: NO
Sort: None

Page break: NO

# Book Asset Detail  1/01/23 - 12/31/23

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: 1240 - OFFICE EQUIP** | | | | | | | | | | | | |
| 3 | | INTELLISOFT CONNECTION SC | 3/31/11 | 1,748.00 | 0.00 | 0.00 | 1,748.00 | 0.00 | 1,748.00 | 0.00 | Amort | 3.00 |
| 12 | | LAPTOP | 9/01/12 | 1,050.00 | 0.00 | 0.00 | 1,050.00 | 0.00 | 1,050.00 | 0.00 | S/L | 5.00 |
| 13 | | OFFICE COMPUTER | 3/31/12 | 450.00 | 0.00 | 0.00 | 450.00 | 0.00 | 450.00 | 0.00 | S/L | 5.00 |
| 14 | | OFFICE TELEPHONES | 3/01/12 | 506.00 | 0.00 | 0.00 | 506.00 | 0.00 | 506.00 | 0.00 | S/L | 7.00 |
| 17 | | COMPUTER EQUIPMENT | 2/27/13 | 1,239.00 | 0.00 | 0.00 | 1,239.00 | 0.00 | 1,239.00 | 0.00 | S/L | 5.00 |
| 40 | | COMPUTERS | 11/26/15 | 2,493.00 | 0.00 | 0.00 | 2,493.00 | 0.00 | 2,493.00 | 0.00 | S/L | 5.00 |
| 44 | | SURFACE LAPTOP | 3/15/16 | 2,298.00 | 0.00 | 0.00 | 2,298.00 | 0.00 | 2,298.00 | 0.00 | S/L | 5.00 |
| 53 | | TELEPHONE SERVER | 6/29/17 | 2,524.00 | 0.00 | 0.00 | 2,524.00 | 0.00 | 2,524.00 | 0.00 | S/L | 5.00 |
| 59 | | PLOTTER AND SOFTWARE | 8/29/17 | 6,836.00 | 0.00 | 0.00 | 6,836.00 | 0.00 | 6,836.00 | 0.00 | S/L | 5.00 |
| 69 | | COMPUTERS FOR MEDIA GUYS | 9/12/18 | 3,778.00 | 0.00 | 0.00 | 3,274.27 | 503.73 | 3,778.00 | 0.00 | S/L | 5.00 |
| 87 | | COMPUTER EQUIPMENT | 4/04/19 | 8,399.41 | 0.00 | 0.00 | 6,299.55 | 1,679.88 | 7,979.43 | 419.98 | S/L | 5.00 |
| 96 | | COMPUTER EQUIPMENT | 3/19/20 | 2,380.95 | 0.00 | 0.00 | 1,309.52 | 476.19 | 1,785.71 | 595.24 | S/L | 5.00 |
| 108 | | COMPUTER NETWORK/MODEM | 3/25/20 | 12,761.12 | 0.00 | 0.00 | 7,018.61 | 2,552.22 | 9,570.83 | 3,190.29 | S/L | 5.00 |
| | | **1240 - OFFICE EQUIP** | | 46,463.48 | 0.00c | 0.00 | 37,045.95 | 5,212.02 | 42,257.97 | 4,205.51 | | |
| **Group: 1250 - EQUIPMENT** | | strikethroughs indicate property no longer owned by debtor or is scrap metal | | | | | | | | | | |
| ~~1~~ | | ~~HUNTER TIRE CHANGER AND I~~ | ~~6/01/10~~ | ~~56,524.00~~ | ~~0.00~~ | ~~0.00~~ | ~~56,524.00~~ | ~~0.00~~ | ~~56,524.00~~ | ~~0.00~~ | ~~S/L~~ | ~~7.00~~ |
| ~~2~~ | | ~~TIRE CHANGER AND BALANCE~~ | ~~8/01/06~~ | ~~37,749.00~~ | ~~0.00~~ | ~~0.00~~ | ~~37,749.00~~ | ~~0.00~~ | ~~37,749.00~~ | ~~0.00~~ | ~~S/L~~ | ~~7.00~~ |
| ~~4~~ | | ~~FORKLIFT~~ | ~~6/30/11~~ | ~~1,500.00~~ | ~~0.00~~ | ~~0.00~~ | ~~1,500.00~~ | ~~0.00~~ | ~~1,500.00~~ | ~~0.00~~ | ~~S/L~~ | ~~7.00~~ |
| ~~7~~ | | ~~COMPRESSOR AND LIFT AND T~~ | ~~1/01/07~~ | ~~15,640.00~~ | ~~0.00~~ | ~~0.00~~ | ~~15,640.00~~ | ~~0.00~~ | ~~15,640.00~~ | ~~0.00~~ | ~~S/L~~ | ~~7.00~~ |
| ~~8~~ | | ~~2009 EQUIPMENT~~ | ~~8/01/09~~ | ~~14,800.00~~ | ~~0.00~~ | ~~0.00~~ | ~~14,800.00~~ | ~~0.00~~ | ~~14,800.00~~ | ~~0.00~~ | ~~S/L~~ | ~~7.00~~ |
| ~~9~~ | | ~~DRILLING MACHINE AND TOO~~ | ~~4/04/12~~ | ~~19,489.00~~ | ~~0.00~~ | ~~0.00~~ | ~~19,489.00~~ | ~~0.00~~ | ~~19,489.00~~ | ~~0.00~~ | ~~S/L~~ | ~~7.00~~ |
| ~~10~~ | | ~~TIRE PRESSURE MACHINE~~ | ~~3/01/12~~ | ~~1,056.00~~ | ~~0.00~~ | ~~0.00~~ | ~~1,056.00~~ | ~~0.00~~ | ~~1,056.00~~ | ~~0.00~~ | ~~S/L~~ | ~~7.00~~ |
| ~~11~~ | | ~~LIFT KIT AND TOOLS~~ | ~~6/08/12~~ | ~~8,335.00~~ | ~~0.00~~ | ~~0.00~~ | ~~8,335.00~~ | ~~0.00~~ | ~~8,335.00~~ | ~~0.00~~ | ~~S/L~~ | ~~7.00~~ |
| ~~16~~ | | ~~TIRE CHANGING MACHINE~~ | ~~2/15/13~~ | ~~2,061.00~~ | ~~0.00~~ | ~~0.00~~ | ~~2,061.00~~ | ~~0.00~~ | ~~2,061.00~~ | ~~0.00~~ | ~~S/L~~ | ~~7.00~~ |
| ~~21~~ | | ~~WOODWORKING MACHINES/C~~ | ~~11/14/13~~ | ~~2,880.00~~ | ~~0.00~~ | ~~0.00~~ | ~~2,880.00~~ | ~~0.00~~ | ~~2,880.00~~ | ~~0.00~~ | ~~S/L~~ | ~~7.00~~ |
| ~~22~~ | | ~~HAAS CNC 15572~~ | ~~2/21/14~~ | ~~26,500.00~~ | ~~0.00~~ | ~~0.00~~ | ~~26,500.00~~ | ~~0.00~~ | ~~26,500.00~~ | ~~0.00~~ | ~~S/L~~ | ~~7.00~~ |
| 23 | | AUDIO DISPLAY | 3/07/14 | 8,201.00 | 0.00 | 0.00 | 8,201.00 | 0.00 | 8,201.00 | 0.00 | S/L | 7.00 |
| 24 | | EC EVENT BOOTH | 6/17/14 | 3,096.00 | 0.00 | 0.00 | 3,096.00 | 0.00 | 3,096.00 | 0.00 | S/L | 7.00 |
| 25 | | HUNTER ALIGNMNET MACHIN | 10/24/14 | 800.00 | 0.00 | 0.00 | 800.00 | 0.00 | 800.00 | 0.00 | S/L | 7.00 |
| 28 | | CAMCORDER | 12/31/14 | 1,009.00 | 0.00 | 0.00 | 1,009.00 | 0.00 | 1,009.00 | 0.00 | S/L | 5.00 |
| 29 | | BENDPAK ALIGNMENT LIFT | 12/30/14 | 5,000.00 | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 | 0.00 | S/L | 7.00 |
| 31 | | 2012 HUNTER AUTO 34 TIRE CH | 9/11/15 | 9,700.00 | 0.00 | 0.00 | 9,700.00 | 0.00 | 9,700.00 | 0.00 | S/L | 7.00 |
| ~~32~~ | | ~~TRAILERS~~ | ~~3/23/15~~ | ~~11,750.00~~ | ~~0.00~~ | ~~0.00~~ | ~~11,750.00~~ | ~~0.00~~ | ~~11,750.00~~ | ~~0.00~~ | ~~S/L~~ | ~~7.00~~ |
| 36 | | HUNTER ALIGNMENT MACHIN | 12/01/15 | 25,236.00 | 0.00 | 0.00 | 25,236.00 | 0.00 | 25,236.00 | 0.00 | S/L | 7.00 |
| 37 | | BALANCING MACHINE | 12/01/15 | 12,903.00 | 0.00 | 0.00 | 12,903.00 | 0.00 | 12,903.00 | 0.00 | S/L | 7.00 |
| 38 | | CAMERAS | 3/12/15 | 2,059.00 | 0.00 | 0.00 | 2,059.00 | 0.00 | 2,059.00 | 0.00 | S/L | 7.00 |
| 39 | | SECURITY SYSTEM | 10/03/15 | 2,630.00 | 0.00 | 0.00 | 2,630.00 | 0.00 | 2,630.00 | 0.00 | S/L | 5.00 |
| 42 | | WHEEL RACKING | 12/30/15 | 7,880.00 | 0.00 | 0.00 | 7,880.00 | 0.00 | 7,880.00 | 0.00 | S/L | 7.00 |
| 45 | | FORKLIFT AND CLAMP | 8/23/16 | 5,000.00 | 0.00 | 0.00 | 4,523.84 | 476.16 | 5,000.00 | 0.00 | S/L | 7.00 |
| 46 | | PALLET RACKING | 3/15/16 | 11,068.00 | 0.00 | 0.00 | 10,804.46 | 263.54 | 11,068.00 | 0.00 | S/L | 7.00 |
| 47 | | CAMERA | 10/07/16 | 1,496.00 | 0.00 | 0.00 | 1,496.00 | 0.00 | 1,496.00 | 0.00 | S/L | 5.00 |
| 48 | | TIRE MACHINE | 11/15/16 | 3,000.00 | 0.00 | 0.00 | 2,642.85 | 357.15 | 3,000.00 | 0.00 | S/L | 7.00 |
| 50 | | VEHICLE LIFT | 11/23/16 | 2,935.00 | 0.00 | 0.00 | 2,550.68 | 384.32 | 2,935.00 | 0.00 | S/L | 7.00 |
| 52 | | CAMERA AND LENSES | 4/27/17 | 3,390.00 | 0.00 | 0.00 | 3,390.00 | 0.00 | 3,390.00 | 0.00 | S/L | 5.00 |
| 54 | | MILWAUKEE TEST KIT | 8/31/17 | 2,099.00 | 0.00 | 0.00 | 1,599.25 | 299.86 | 1,899.11 | 199.89 | S/L | 7.00 |
| 55 | | COMPRESSOR | 8/31/17 | 6,000.00 | 0.00 | 0.00 | 4,571.41 | 857.14 | 5,428.55 | 571.45 | S/L | 7.00 |

A102911 Extreme Customs, LLC
27-4772778
FYE: 12/31/2023

**Book Asset Detail    1/01/23 - 12/31/23**

11/13/2023  12:09 PM
Page 2

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: 1250 - EQUIPMENT (continued)** | | | | | | | | | | | | |
| 56 | | HOIST/LIFT | 10/02/17 | 13,528.00 | 0.00 | 0.00 | 10,145.99 | 1,932.57 | 12,078.56 | 1,449.44 | S/L | 7.00 |
| 58 | | RACKING | 6/29/17 | 7,818.00 | 0.00 | 0.00 | 6,142.73 | 1,116.86 | 7,259.59 | 558.41 | S/L | 7.00 |
| 60 | | DRILLING EQUIPMENT | 9/19/17 | 1,694.00 | 0.00 | 0.00 | 1,270.50 | 242.00 | 1,512.50 | 181.50 | S/L | 7.00 |
| 62 | | ROLLING JACK LIFT | 10/13/17 | 5,069.00 | 0.00 | 0.00 | 3,801.74 | 724.14 | 4,525.88 | 543.12 | S/L | 7.00 |
| 65 | | HUNTER ROAD FORCE 2 | 12/12/17 | 15,975.00 | 0.00 | 0.00 | 11,600.88 | 2,282.14 | 13,883.02 | 2,091.98 | S/L | 7.00 |
| 66 | | HUNTER ROAD FORCE 1 | 12/12/17 | 15,975.00 | 0.00 | 0.00 | 11,600.88 | 2,282.14 | 13,883.02 | 2,091.98 | S/L | 7.00 |
| 67 | | HAMMERHEAD TOP DEAD CEN | 12/12/17 | 1,169.00 | 0.00 | 0.00 | 848.92 | 167.00 | 1,015.92 | 153.08 | S/L | 7.00 |
| 68 | | CLAMPING TIRE CENTER | 12/12/17 | 6,853.00 | 0.00 | 0.00 | 4,976.58 | 979.00 | 5,955.58 | 897.42 | S/L | 7.00 |
| 71 | | TOOL BOX | 1/08/18 | 1,980.00 | 0.00 | 0.00 | 1,414.30 | 282.86 | 1,697.16 | 282.84 | S/L | 7.00 |
| 73 | | CAMERAS APPLETON | 3/19/18 | 1,191.00 | 0.00 | 0.00 | 1,171.15 | 19.85 | 1,191.00 | 0.00 | S/L | 5.00 |
| 74 | | CHANGER/LIFTS/BALANCER A | 3/19/18 | 28,292.00 | 0.00 | 0.00 | 19,198.13 | 4,041.71 | 23,239.84 | 5,052.16 | S/L | 7.00 |
| 85 | | PALLET WRAPPER | 3/21/19 | 3,540.00 | 0.00 | 0.00 | 1,896.42 | 505.71 | 2,402.13 | 1,137.87 | S/L | 7.00 |
| 86 | | TIRE CHANGER | 3/05/19 | 15,837.15 | 0.00 | 0.00 | 8,672.73 | 2,262.45 | 10,935.18 | 4,901.97 | S/L | 7.00 |
| 89 | | 3 SECOND ALIGNMENT CHECK | 3/27/20 | 41,224.68 | 0.00 | 0.00 | 16,195.41 | 5,889.24 | 22,084.65 | 19,140.03 | S/L | 7.00 |
| 90 | | HUNTER ALIGNMENT MACHIN | 3/27/20 | 26,482.68 | 0.00 | 0.00 | 10,403.91 | 3,783.24 | 14,187.15 | 12,295.53 | S/L | 7.00 |
| 91 | | 3 HUNTER ALIGNMENT BALAN | 3/19/20 | 39,913.94 | 0.00 | 0.00 | 15,680.47 | 5,701.99 | 21,382.46 | 18,531.48 | S/L | 7.00 |
| 92 | | 2 AUTO 34S TIRE CHANGERS | 3/19/20 | 41,330.82 | 0.00 | 0.00 | 16,237.10 | 5,904.40 | 22,141.50 | 19,189.32 | S/L | 7.00 |
| 93 | | 3 ERGO CLAMPING TIRE CHAN | 3/19/20 | 40,338.52 | 0.00 | 0.00 | 15,847.28 | 5,762.65 | 21,609.93 | 18,728.59 | S/L | 7.00 |
| 97 | | CHEMICAL STORAGE CABINET | 3/19/20 | 600.00 | 0.00 | 0.00 | 235.71 | 85.71 | 321.42 | 278.58 | S/L | 7.00 |
| 98 | | CNC MACHINE HAAS VF-3SSY | 3/19/20 | 108,711.75 | 0.00 | 0.00 | 42,708.19 | 15,530.25 | 58,238.44 | 50,473.31 | S/L | 7.00 |
| 99 | | BARR RACKING | 3/01/20 | 58,532.30 | 0.00 | 0.00 | 22,994.84 | 8,361.76 | 31,356.60 | 27,175.70 | S/L | 7.00 |
| 100 | | 4 POST SEMI LIFT | 3/01/20 | 20,811.00 | 0.00 | 0.00 | 8,423.50 | 2,973.00 | 11,396.50 | 9,414.50 | S/L | 7.00 |
| 101 | | 6 LIFT UNITS | 3/19/20 | 80,959.00 | 0.00 | 0.00 | 31,805.32 | 11,565.57 | 43,370.89 | 37,588.11 | S/L | 7.00 |
| 107 | | AIR COMPRESSOR & AIR LINE | 4/07/20 | 17,233.02 | 0.00 | 0.00 | 6,770.12 | 2,461.86 | 9,231.98 | 8,001.04 | S/L | 7.00 |
| 110 | | 10 COMPUTERS | 5/25/21 | 6,776.41 | 0.00 | 0.00 | 2,145.86 | 1,355.28 | 3,501.14 | 3,275.27 | S/L | 5.00 |
| 113 | | METAL FAB TABLE | 9/28/21 | 1,250.00 | 0.00 | 0.00 | 223.21 | 178.57 | 401.78 | 848.22 | S/L | 7.00 |
| | | **1250 - EQUIPMENT** | | 914,871.27 | 0.00c | 0.00 | 580,788.36 | 89,030.12 | 669,818.48 | 245,052.79 | | |
| **Group: 1260 - FURNITURE & FIXTUR** | | | | | | | | | | | | |
| 5 | | DESKS | 9/30/11 | 840.00 | 0.00 | 0.00 | 840.00 | 0.00 | 840.00 | 0.00 | S/L | 7.00 |
| 6 | | TVS | 12/31/11 | 1,575.00 | 0.00 | 0.00 | 1,575.00 | 0.00 | 1,575.00 | 0.00 | S/L | 7.00 |
| 18 | | OFFICE FURNITURE | 5/21/13 | 2,850.00 | 0.00 | 0.00 | 2,850.00 | 0.00 | 2,850.00 | 0.00 | S/L | 7.00 |
| 20 | | UPSTAIRS AC UNIT | 7/16/13 | 597.00 | 0.00 | 0.00 | 597.00 | 0.00 | 597.00 | 0.00 | S/L | 7.00 |
| 33 | | TABLES/RACKS/SHOWROOM II | 8/12/15 | 10,656.00 | 0.00 | 0.00 | 10,656.00 | 0.00 | 10,656.00 | 0.00 | S/L | 7.00 |
| 41 | | TVS FOR BOARD ROOM | 11/26/15 | 5,662.00 | 0.00 | 0.00 | 5,662.00 | 0.00 | 5,662.00 | 0.00 | S/L | 7.00 |
| 43 | | DESK | 9/08/16 | 1,080.00 | 0.00 | 0.00 | 977.17 | 102.83 | 1,080.00 | 0.00 | S/L | 7.00 |
| 49 | | TV | 11/20/16 | 1,250.00 | 0.00 | 0.00 | 1,250.00 | 0.00 | 1,250.00 | 0.00 | S/L | 5.00 |
| 63 | | MEDIA ROOM DESK | 1/10/17 | 1,426.00 | 0.00 | 0.00 | 1,222.26 | 203.74 | 1,426.00 | 0.00 | S/L | 7.00 |
| 94 | | CUBICLES | 3/19/20 | 19,000.00 | 0.00 | 0.00 | 7,464.29 | 2,714.29 | 10,178.58 | 8,821.42 | S/L | 7.00 |
| 111 | | BAR RACKING | 2/24/21 | 14,597.18 | 0.00 | 0.00 | 3,823.07 | 2,085.31 | 5,908.38 | 8,688.80 | S/L | 7.00 |
| | | **1260 - FURNITURE & FIXTUR** | | 59,533.18 | 0.00c | 0.00 | 36,916.79 | 5,106.17 | 42,022.96 | 17,510.22 | | |
| **Group: 1270 - VEHICLES** | | | | | | | | | | | | |
| 26 | | 2004 DODGE SPRINTER | 1/09/14 | 4,749.00 | 0.00 | 0.00 | 4,749.00 | 0.00 | 4,749.00 | 0.00 | S/L | 5.00 |
| 51 | | TRANSIT VAN | 3/09/17 | 3,000.00 | 0.00 | 0.00 | 3,000.00 | 0.00 | 3,000.00 | 0.00 | S/L | 5.00 |
| 57 | | PONTIAC LOANER CAR | 10/11/17 | 2,179.00 | 0.00 | 0.00 | 2,179.00 | 0.00 | 2,179.00 | 0.00 | S/L | 5.00 |

A102911  Extreme Customs, LLC
27-4772778
FYE: 12/31/2023

**Book Asset Detail    1/01/23 - 12/31/23**

11/13/2023  12:09 PM
Page 3

| Asset | d t | Property Description | Date In Service | Book Cost | Book Sec 179 Exp  c | Book Sal Value | Book Prior Depreciation | Book Current Depreciation | Book End Depr | Book Net Book Value | Book Method | Book Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Group: 1270 - VEHICLES (continued)** | | | | | | | | | | | | |
| ~~112~~ | | ~~RACING MOLD~~ | ~~6/03/21~~ | ~~28,537.00~~ | ~~0.00~~ | ~~0.00~~ | ~~0.00~~ | ~~0.00~~ | ~~0.00~~ | ~~28,537.00~~ | ~~Memo~~ | ~~0.00~~ |
| | | **1270 - VEHICLES** | | 38,465.00 | 0.00 c | 0.00 | 9,928.00 | 0.00 | 9,928.00 | 28,537.00 | | |
| | | | | | | | | | | | | |
| **Group: 1280 - LEASEHOLD IMP** | | | | | | | | | | | | |
| 15 | | SIGN (WILL BE RESOLD) | 12/31/12 | 3,625.00 | 0.00 | 0.00 | 2,416.70 | 241.67 | 2,658.37 | 966.63 | S/L | 15.00 |
| 19 | | CARPET | 10/15/13 | 1,754.00 | 0.00 | 0.00 | 1,754.00 | 0.00 | 1,754.00 | 0.00 | S/L | 7.00 |
| 34 | | SHOWROOM FLOORING | 9/01/15 | 13,132.00 | 0.00 | 0.00 | 13,132.00 | 0.00 | 13,132.00 | 0.00 | S/L | 7.00 |
| 35 | | CONCRETE ENTRANCE AREA' | 10/26/15 | 4,442.00 | 0.00 | 0.00 | 2,122.27 | 296.13 | 2,418.40 | 2,023.60 | S/L | 15.00 |
| 61 | | LIGHTING JACKSON BUILDINC | 11/30/17 | 1,790.00 | 0.00 | 0.00 | 233.32 | 45.90 | 279.22 | 1,510.78 | S/L | 39.00 |
| 70 | | FLOOR/IMPROVEMENTS APPLI | 1/15/18 | 3,760.00 | 0.00 | 0.00 | 482.05 | 96.41 | 578.46 | 3,181.54 | S/L | 39.00 |
| 72 | | LIGHTS | 1/14/18 | 1,888.00 | 0.00 | 0.00 | 242.05 | 48.41 | 290.46 | 1,597.54 | S/L | 39.00 |
| 88 | | NEW BUILDING LOAN FEES/PL | 12/31/19 | 23,349.63 | 0.00 | 0.00 | 1,796.13 | 598.71 | 2,394.84 | 20,954.79 | S/L | 39.00 |
| 95 | | SIGN | 3/19/20 | 20,500.00 | 0.00 | 0.00 | 3,758.34 | 1,366.67 | 5,125.01 | 15,374.99 | S/L | 15.00 |
| 102 | | BUILDING IMPROVEMENTS | 3/01/20 | 108,622.73 | 0.00 | 0.00 | 7,891.40 | 2,785.20 | 10,676.60 | 97,946.13 | S/L | 39.00 |
| | | **1280 - LEASEHOLD IMP** | | 182,863.36 | 0.00 c | 0.00 | 33,828.26 | 5,479.10 | 39,307.36 | 143,556.00 | | |
| | | | | | | | | | | | | |
| **Group: 1301 - LOAN FEES** | | | | | | | | | | | | |
| 30 | | LOAN FEES 410120409 | 11/12/14 | 5,377.00 | 0.00 | 0.00 | 5,377.00 | 0.00 | 5,377.00 | 0.00 | Amort | 5.00 |
| 109 | | LOAN FEES | 4/01/20 | 27,488.00 | 0.00 | 0.00 | 3,779.60 | 1,374.40 | 5,154.00 | 22,334.00 | Amort | 20.00 |
| | | **1301 - LOAN FEES** | | 32,865.00 | 0.00 c | 0.00 | 9,156.60 | 1,374.40 | 10,531.00 | 22,334.00 | | |
| | | | | | | | | | | | | |
| | | **Grand Total** | | 1,275,061.29 | 0.00 c | 0.00 | 707,663.96 | 106,201.81 | 813,865.77 | 461,195.52 | | |

Debtor name **Extreme Customs, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **23-25770**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1** **Bank First, N.A. f/k/a Hometown Bank**
Creditor's Name

| | | $1,575,560.56 | $4,788,486.50 |
| --- | --- | --- | --- |

**Describe debtor's property that is subject to a lien**
**First lien on all assets of the Debtor (valued at $4,872,738.71), and 2nd mortgage on 2175 S. Koeller St., Oshkosh, WI 54901 (owned by related debtor Oshkosh Refurb, valued at $5.585M) to secure line of credit ending 0409.**

**1159 N Koeller St. Oshkosh, WI 54902**
Creditor's mailing address

**Describe the lien**
**General Business Security Interest & Mortgage**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2014 and 2020**
**Last 4 digits of account number**
**0409**
**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**2.2** **Bank First, N.A. f/k/a Hometown Bank**
Creditor's Name

| | | $2,883,031.07 | $4,788,486.50 |
| --- | --- | --- | --- |

**Describe debtor's property that is subject to a lien**
**First lien on all assets of the Debtor (valued at $4,872,738.71), and 2nd mortgage on 2175 S. Koeller St., Oshkosh, WI 54901 (owned by related debtor Oshkosh Refurb, valued at $5.585M) to secure construction loan ending 6503.**

**1159 N Koeller St. Oshkosh, WI 54902**
Creditor's mailing address

**Describe the lien**
**General Business Security Interest & Mortgage**
**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
_____

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2014 and 2020**
**Last 4 digits of account number**
**6503**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| | | | |
|---|---|---|---|
| 2.3 | **U.S. Small Business Administration** | | |

Creditor's Name

**2 North Street, Suite 320**
**Birmingham, AL 35203**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**February 2022**
**Last 4 digits of account number**
**7902**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Blanket second lien on all assets of the debtor(valued at $4,872,738.71) not covered by WBD lien to secure SBA loan ending 7902**

**Describe the lien**
**General Business Security Interest**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,000,000.00**     **$4,788,486.50**

---

| | | | |
|---|---|---|---|
| 2.4 | **WBD, Inc.** | | |

Creditor's Name

**5202 Eastpark Boulevard, Suite 109**
**Madison, WI 53718**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**July 15, 2020**
**Last 4 digits of account number**
**7003**
**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Second lien on equipment and proceeds of same purchased by debtor with proceeds of loan and first mortgage on 2175 S. Koeller St., Oshkosh, WI 54901 (owned by related debtor Oshkosh Refurb, valued at $5.585M) to secure 504 loan**

**Describe the lien**
**Mortgage and Security Interest in Equipment**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$2,294,399.65**     **$4,788,486.50**

---

| Debtor | **Extreme Customs, LLC** | Case number (if known) | **23-25770** |
|---|---|---|---|
| | Name | | |

☐ Contingent
■ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Wells Fargo** | Describe debtor's property that is subject to a lien | $9,937.75 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Big Joe Order Picker Model J2-144 S/N 2291800198**

**800 Walnut Street 4th Floor
Des Moines, IA 50309**

Creditor's mailing address

**Describe the lien**

**Non-purchase money security interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred
January 12, 2021**

**Last 4 digits of account number
6000**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $8,762,929.03 |
|---|---|---|

---

<span style="background-color:black;color:white">**Part 2:**</span> **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Attorney Jennifer K. Power
US Small Businss Administration
Cleveland District Counsel
65 East State Street, Suite 1350
Columbus, OH 43215-4237** | Line **2.3** | |
| **Atty. Alexander Ullenberg
101 Camelot Dr., Ste. 2b
Fond Du Lac, WI 54935** | Line **2.1** | |
| **Atty. Alexander Ullenberg
101 Camelot Dr., Ste. 2b
Fond Du Lac, WI 54935** | Line **2.2** | |
| **Atty. Evan Schmit
Kerkman & Dunn
839 N Jefferson St.
#400A
Milwaukee, WI 53202** | Line **2.1** | |

---

| | |
|---|---|
| **Atty. Evan Schmit**<br>**Kerkman & Dunn**<br>**839 N Jefferson St.**<br>**#400A**<br>**Milwaukee, WI 53202** | Line __**2.2**__ |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line __**2.5**__ |
| **Isabel C. Guzman, Administrator**<br>**US Small Business Adminisrtation**<br>**409 3rd Street SW**<br>**Washington, DC 20416** | Line __**2.3**__ |
| **Law Firm of Conway, Olejniczak & Jerry**<br>**231 South Adams Street**<br>**Green Bay, WI 54301** | Line __**2.4**__ |
| **U.S. Small Business Administration**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** | Line __**2.4**__ |
| **US Attorney General Merrick B. Garland**<br>**US Department of Justice**<br>**950 Pennsylvania Ave NW**<br>**Washington, DC 20530-0001** | Line __**2.3**__ |
| **US Attorney's Office Eastern District**<br>**Attn: Attorney Lisa Yun**<br>**517 E. Wisconsin Avenue, Room 530**<br>**Milwaukee, WI 53202-4500** | Line __**2.3**__ |
| **US Small Business Administration**<br>**409 3rd Street SW**<br>**Washington, DC 20416** | Line __**2.3**__ |

Fill in this information to identify the case:

Debtor name **Extreme Customs, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **23-25770**

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**IRS lists priority tax claim 1 filed in
23-25770-beh at $477,188.57 for past due FICA
and FUTA tax. Debtor believes it has paid the
tax claims at issue but payments have not yet
been processed by IRS.**

**September 2020 through
December 2023**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Wisconsin Department of Revenue
P.O. Box 8981
Madison, WI 53708-8981**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

**Amount of claim**

| | |
|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* $1,277.04 |

**3.1** Nonpriority creditor's name and mailing address
2Crave
2007 Royal Lane
Suite 190
Dallas, TX 75229

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$1,277.04

---

**3.2** Nonpriority creditor's name and mailing address
4Play
1916 72nd D
Sarasota, FL 34243

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$3,150.00

---

**3.3** Nonpriority creditor's name and mailing address
9SIX9 Wheels
8885 White Oak Ave
Rancho Cucamonga, CA 91730

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$436.00

---

**3.4** Nonpriority creditor's name and mailing address
Allied Wheel Components, INC.
12300 Edison Way PO Box 5667
Garden Grove, CA 92841

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$697.20

---

**3.5** Nonpriority creditor's name and mailing address
American Express
200 Vesey St
New York, NY 10285

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card Charges**

Is the claim subject to offset? ■ No ☐ Yes

$288,153.42

---

**3.6** Nonpriority creditor's name and mailing address
American Funds - Capital Group
P.O. Box 6007
Indianapolis, IN 46206-6007

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Estimated amount required to match employee 401k contributions as of the petition date**

Is the claim subject to offset? ■ No ☐ Yes

$780.00

---

**3.7** Nonpriority creditor's name and mailing address
American Tire Distributors
340 E. Mahn Ct.
Oak Creek, WI 53154

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

$647,353.11

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,332.00 |
|---|---|---|---|

**Aodhan Wheels**
**2271 National Ave**
**Hayward, CA 94545**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,903.47 |
|---|---|---|---|

**Aurora Medical Center of Oshkosh Inc.**
**PO Box 343910**
**Milwaukee, WI 53215**

Date(s) debt was incurred  **October 2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Garnishment judgment entered against Debtor as garnishee in Winnebago County Case No. 19SC703**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $804.28 |
|---|---|---|---|

**Aurora Medical Center of Oshkosh, Inc.**
**PO Box 343910**
**Milwaukee, WI 53215**

Date(s) debt was incurred  **February 2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Garnishment Judgment entered against Debtor as garnishee Outagamie County Case No. 17SC2077**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450.00 |
|---|---|---|---|

**AVID.1 Autotech Accs. Inc.**
**21303 Itasca St.**
**Chatsworth, CA 91311**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,277.00 |
|---|---|---|---|

**Axe Compression Forged**
**4000 Frontage Rd S**
**#420**
**Lakeland, FL 33815**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261,651.61 |
|---|---|---|---|

**Capital One**
**1680 Capital One Dr**
**Mc Lean, VA 22102**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Credit Card Charges**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,094.50 |
|---|---|---|---|

**Chadwick T. Voll**
**1408 Dunbar St**
**Unit 6**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred  **November 7, 2023**

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Pending small claims suit for money damages in Winnebago County Circuit Court Case No. 23SC2911**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,876.29 |

**CLA**
**200 E Washington St**
**Appleton, Wi 54911**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |

**Delta Dental of Wisconsin**
**P.O. Box 86**
**Stevens Point, WI 54481-0828**

Date(s) debt was incurred  **1/1/2023**

Last 4 digits of account number  **1215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Dental and vision plan monthly premium as of petition date**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $263,997.46 |

**Dempsey Law**
**210 N Main St**
**Suite 100**
**Oshkosh, WI 54903-0886**

Date(s) debt was incurred  **2018-2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96,675.36 |

**Diamond Auto Industries**
**779 Palmyrita Ave**
**Riverside, CA 92507**

Date(s) debt was incurred  **2022-2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,257.22 |

**DWG Wheels**
**5306 Irwindale Ave**
**Irwindale, CA 91706**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,465.00 |

**Eclipse**
**3860 Pembroke Rd**
**Hollywood, FL 33021**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305,915.89 |

**Elite Wheel & Tire Distributors**
**3901 Riga Blvd.**
**Tampa, FL 33619**

Date(s) debt was incurred  **2022-2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,743.00 |
|---|---|---|---|

**ESR Wheels**
**350 Ranger Ave**
**STE A**
**Brea, Ca 92821**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $513,139.74 |
|---|---|---|---|

**FedEx**
**3965 Airways Blvd Module G, 4th floor**
**Memphis, TN 38116**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,726.00 |
|---|---|---|---|

**Ferrada**
**12515 City Park Drive**
**Bldg 2 Unit 100**
**missouri, TX 77489**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fifteen52**
**1010 East Carson St**
**Carson, CA 90745**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,321.51 |
|---|---|---|---|

**FR Vehicle Solutions**
**13353 Benson Ave**
**Chino, CA 91710**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,637.95 |
|---|---|---|---|

**Heritage Wheels**
**5159 Brooks St**
**Suite G**
**Montclair, CA 91763**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Trade__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**IMT Insurance**
**7825 Mills Civic Parkway**
**West Des Moines, IA 50266**

☐ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Commercial general liability carrier__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,375.11 |
|------|--------------------------------------------------|----------------------------------------------------------------------|-----------|

**3.29**

Nonpriority creditor's name and mailing address
**Interwest Distribution Company**
**2275 W. Chenango Avenue**
**Unit 100**
**Littleton, CO 80120**

Date(s) debt was incurred  **August 2023**

Last 4 digits of account number  **0188**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

$6,375.11

---

**3.30**

Nonpriority creditor's name and mailing address
**Jacob Vandenhouten**
**1110 North 23rd Street**
**Manitowoc, WI 54220**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Plaintiff in pending wage case - US Dist. Ct. Eastern Dist. of Wisconsin 21-cv-00995-WCG**

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.31**

Nonpriority creditor's name and mailing address
**Jesus Quinones**
**134 North Western Avenue**
**Neenah, WI 54956**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Plaintiff in pending wage case - US Dist. Ct. Eastern Dist. of Wisconsin 21-cv-00995-WCG**

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.32**

Nonpriority creditor's name and mailing address
**K & M Tire**
**965 Spencerville Road**
**Delphos, OH 45833**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

$620.42

---

**3.33**

Nonpriority creditor's name and mailing address
**Kody Weber**
**4015 Rock Street**
**Manitowoc, WI 54220**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Plaintiff in pending wage case - US Dist. Ct. Eastern Dist. of Wisconsin 21-cv-00995-WCG**

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

---

**3.34**

Nonpriority creditor's name and mailing address
**Kyle Anklam**
**220 Oxford Avenue**
**Oshkosh, WI 54901**

Date(s) debt was incurred  **2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  **Plaintiff in pending wage case - US Dist. Ct. Eastern Dist. of Wisconsin 21-cv-00995-WCG**

Is the claim subject to offset? ☑ No ☐ Yes

$1.00

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,523.00 |
|---|---|---|---|

**Lexani**
1121 Olympic dr
Corona, CA 92881

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,948.95 |
|---|---|---|---|

**Lock Offroad**
4490 Ayers Ave
Vernon, CA 90058

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $182.26 |
|---|---|---|---|

**Meyer Distributing**
710 Hastings Ave
Suite 330
Newport, MN 55055

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,564.00 |
|---|---|---|---|

**MKW Alloy Inc.**
19525 E. Walnut Dr. So.
City Of Industry, CA 91748

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,651.00 |
|---|---|---|---|

**MRR Wheels**
6334 Chalet Dr.
Commerce, CA 90040

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,057.60 |
|---|---|---|---|

**MW Company**
6600 Stadium Drive
Kansas City, MO 64129

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Nayshaly Aponte**
2827 W. Parnell Avenue
Apt 304
Milwaukee, WI 53221

Date(s) debt was incurred __2019__
Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Plaintiff in pending wage case - US Dist. Ct. Eastern Dist. of Wisconsin 21-cv-00995-WCG**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,530.50** |
|---|---|---|---|

**Option Lab**
**2407 Chico Ave**
**Unit H**
**South El Monte, CA 91733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Pekin Insurance**
**2505 Court St.**
**Pekin, IL 61558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Garage keeper insurance policy covering CNC Milling Machine**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Principal Life insurance Company**
**711 High Street**
**Des Moines, IA 50392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Life insurance policy covering Tyler G. Reilly's life as a condition of loan agreements with Bank First and/or SBA**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$35,850.84** |
|---|---|---|---|

**R&L Carriers**
**600 Gillam Rd**
**Wilmington, OH 45177**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,217.10** |
|---|---|---|---|

**Roadrunner**
**1431 Opus PL #530**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$80.14** |
|---|---|---|---|

**Rough Country**
**1400 Morgan Road**
**Dyersburg, TN 38044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,009.50** |
|---|---|---|---|

**RTX - Thibert**
**90 Trade Zone Court**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Trade**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,259.00 |

**Strada Wheels**
**560 Magnolia Ave**
**Ontario, CA 91762**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Taylor Huisman**
**850 Miller Lane**
**Oshkosh, WI 54901**

Date(s) debt was incurred **2019**

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Plaintiff in pending wage case - US Dist. Ct. Eastern Dist. of Wisconsin 21-cv-00995-WCG**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,751.75 |

**Thret Offroad**
**900 W Warm Springs Rd**
**SUITE 111**
**Henderson, NV 89011**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $797.20 |

**Tire Depot**
**8090 Ranchers Rd NE**
**Fridley, MN 55432**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,142.66 |

**Tires Easy Holdings LLC**
**P.O. Box 7018**
**Cotati, CA 94931**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Trade**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,399.32 |

**United Healthcare**
**MN006-W300, 9800 Health Care Lane**
**Minnetonka, MN 55343**

Date(s) debt was incurred **1/1/2023**

Last 4 digits of account number **3732**

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Health plan monthly premium owed as of petition date**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**United Life Insurance Company**
**200 1st St SE Suite 1300**
**Cedar Rapids, IA 52401**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: **Life insurance policy covering Tyler G. Reilly's life as a condition of loan agreements with Bank First and/or SBA**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98,125.17 |
|---|---|---|---|

**United Tire & Wheel**
83 Paragon Dr.
Romeoville, IL 60446

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $157,024.91 |
|---|---|---|---|

**US Auto Force**
425 Better Way
Appleton, Wi 54915

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,940.32 |
|---|---|---|---|

**VCT**
6065 Malburg Way
Vernon, CA 90058

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,457.60 |
|---|---|---|---|

**Vision Wheel**
6675 Daniel Burham Dr
Suite C
Portage, IN 46368

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,997.40 |
|---|---|---|---|

**Voxx**
1253 E Artesia Blvd
Carson, CA 90746

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $56,737.44 |
|---|---|---|---|

**Wegmann Automotive USA Inc.**
1715 Joe B Jackson Parkway
Murfreesboro, TN 37127

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $370,369.09 |
|---|---|---|---|

**Wheel Pros**
2360 Galvin Dr
Elgin, IL 60124

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$414,943.65** |
|---|---|---|---|

**Wheel-1**
**4306 United Pkwy.**
**Schiller Park, IL 60176**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Wisconsin Public Service**
**P.O. Box 19003**
**Green Bay, WI 54307-9003**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Utility provider**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,258.39** |
|---|---|---|---|

**World Acceptance Corporation**
**108 Frederick St**
**Greenville, SC 29607**

Date(s) debt was incurred  **August 2019**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Garnishment Judgment entered against Debtor as garnishee in Winnebago Case No. 18SC3912**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,779.38** |
|---|---|---|---|

**Worldwide Express**
**2700 Commerce Street**
**Suite 1500**
**Dallas, TX 75226**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,640.42** |
|---|---|---|---|

**XXR Wheels/Primax Wheel Corp.**
**4688 Troy Ct**
**Jurupa Valley, CA 92509**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Trade**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Atty. David Potteiger**<br>**Walcheske & Luzi, LLC**<br>**235 N Executive Drive, Suite 240**<br>**Brookfield, WI 53005** | Line  **3.31**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Atty. David Potteiger**<br>**Walcheske & Luzi, LLC**<br>**235 N Executive Drive, Suite 240**<br>**Brookfield, WI 53005** | Line  **3.30**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Extreme Customs, LLC | Case number (if known) | 23-25770 |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | Atty. Heath Mynesberge<br>Dempsey Law<br>210 N Main St Ste 100<br>PO Box 886<br>Oshkosh, WI 54903-0886 | Line __3.17__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Atty. Jonathan D. McCollister<br>9312 W National Ave<br>Milwaukee, WI 53227 | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Atty. Ryan M. Peterson<br>9312 W. National Avenue<br>Milwaukee, WI 53227 | Line __3.10__<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Insolvency Unit West 17, Grp 4-Milwaukee<br>Organization Code: SES:C:AIQ:WI7<br>211 W. Wisconsin Ave, Stop 5301<br>Milwaukee, WI 53203-2221 | Line __2.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | Jason D. Hermersmann<br>Kohn Law Firm<br>735 N. Water Street<br>Suite 1300<br>Milwaukee, WI 53202-4106 | Line __3.65__<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Ryan M. Johnson<br>Everson, Whitney, Everson & Brehm SC<br>414 S Jefferson St<br>PO Box 22248<br>Green Bay, WI 54305-2248 | Line __3.14__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,886,105.17 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,886,105.17 |

Fill in this information to identify the case:

Debtor name **Extreme Customs, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF WISCONSIN

Case number (if known) **23-25770**

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Triple net lease of the premises upon which debtor does business. Oshkosh Refurb, Inc. is a related entity wholly owned by Tyler G. Reilly and has filed a single asset real estate Ch. 11 case contemporaneously.** <br><br> State the term remaining **261 months** <br><br> List the contract number of any government contract | **Oshkosh Refurb, Inc. 2175 S. Koeller St. Oshkosh, WI 54901** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Lease of 2021 Big Joe Order Picker Model J2-144 S/N 2291800198** <br><br> State the term remaining **Lease ends Jan 2026** <br><br> List the contract number of any government contract | **Wells Fargo 800 Walnut Street 4th Floor Des Moines, IA 50309** |

Case 23-25770-beh    Doc 64    Filed 01/12/24    Page 36 of 63

Debtor name     **Extreme Customs, LLC**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF WISCONSIN

Case number (if known)     **23-25770**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                         *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Aftermarket Financing, LLC** | **2175 S. Koeller St. Oshkosh, WI 54902** | **Bank First, N.A. f/k/a Hometown Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Extreme Auto Sales LLC** | **W7627 HIGHWAY 21 Wautoma, WI 54982** | **Bank First, N.A. f/k/a Hometown Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Extreme Cares Foundation, LLC** | **2175 S. KOELLER ST. Oshkosh, WI 54902** | **Bank First, N.A. f/k/a Hometown Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Oshkosh Refurb, Inc.** | **2175 S Koeller Street Oshkosh, WI 54902-9203** | **Bank First, N.A. f/k/a Hometown Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Oshkosh Refurb, Inc.** | **2175 S Koeller Street Oshkosh, WI 54902-9203** | **WBD, Inc.** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Extreme Customs, LLC | Case number *(if known)* | 23-25770 |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.6 | Realview Media, LLC | 210 N Main St., Ste. 100 Oshkosh, WI 54901-4803 | Bank First, N.A. f/k/a Hometown Bank | ■ D  __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.7 | Reilly Real Estate, LLC | 2175 S KOELLER ST Oshkosh, WI 54902-9203 | Bank First, N.A. f/k/a Hometown Bank | ■ D  __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.8 | The Shop Bar and Grille, LLC | 210 N Main St Oshkosh, WI 54901-4803 | Bank First, N.A. f/k/a Hometown Bank | ■ D  __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.9 | Tire Reps, LLC | 2175 S. KOELLER ST Oshkosh, WI 54902 | Bank First, N.A. f/k/a Hometown Bank | ■ D  __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.10 | Tyler G. Reilly | 1384 Whispering Pines Lane Neenah, WI 54956 | American Express | ☐ D ____ ■ E/F __3.5__ ☐ G ____ |
| 2.11 | Tyler G. Reilly | 1384 Whispering Pines Lane Neenah, WI 54956 | Capital One | ☐ D ____ ■ E/F __3.13__ ☐ G ____ |
| 2.12 | Tyler G. Reilly | 1384 Whispering Pines Lane Neenah, WI 54956 | Bank First, N.A. f/k/a Hometown Bank | ■ D  __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.13 | Tyler G. Reilly | 1384 Whispering Pines Lane Neenah, WI 54956 | Jacob Vandenhouten | ☐ D ____ ■ E/F __3.30__ ☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

2.14  **Tyler G. Reilly**    1384 Whispering Pines Lane    **Jesus Quinones**
        Neenah, WI 54956

☐ D _____
■ E/F   **3.31**
☐ G _____

Debtor name  **Extreme Customs, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF WISCONSIN

Case number (if known)  **23-25770**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $21,940,574.49 |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  _____ | $19,074,426.00 |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | $21,302,907.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attachment detail (Virtually all payments made in ordinary course of business)** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Tyler G. Reilly**<br>**1384 Whispering Pines Lane**<br>**Neenah, WI 54956**<br>**Sole owner and manager** | **Bi-Weekly Compensatio n** | $60,000.00 | **Extreme Customs paid Mr. Reilly for services performed in the ordinary course of business.** |
| 4.2. **Tyler G. Reilly**<br>**1384 Whispering Pines Lane**<br>**Neenah, WI 54956**<br>**Sole owner and manager** | **February 1, 2023** | $3,500.00 | **See attachment. Erroneous transaction entry. Amount transferred back to Extreme Customs on the same day.** |
| 4.3. **Oshkosh Refurb, Inc.**<br>**2175 S Koeller Street**<br>**Oshkosh, WI 54902-9203**<br>**Affiliated company** | **December 15, 2022 - December 1, 2023** | $286,421.80 | **See attachment. Rent payments which would in turn be used by Oshkosh Refurb to pay the construction loan to Bank First (ending 6503) in the ordinary course of business.** |
| 4.4. **Extreme Cares Foundation, LLC**<br>**2175 S. Koeller St.**<br>**Oshkosh, WI 54902**<br>**Insider company controlled and owned by Tyler G. Reilly** | **December 23, 2022 through November 27, 2023** | $7,000.00 | **See attachment. Charitable giving to nonprofits and to help less fortunate families, veterans, active duty military, and first responders with their tires, wheels, and accessories purchases in the ordinary course of business.** |
| 4.5. **Reilly Real Estate, LLC**<br>**2175 S KOELLER ST**<br>**Oshkosh, WI 54902-9203**<br>**Insider company controlled and owned by Tyler G. Reilly** | **December 23, 2022 through September 25, 2023** | $70,000.00 | **See attachment. Payments to cover Reilly Real Estate's debt service in the ordinary course of business.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Bank First, N.A. f/k/a Hometown Bank**<br>**1159 N Koeller St.**<br>**Oshkosh, WI 54902** | **See attachment. Near daily sweeps of the Debtor's account for application to balance on Line of Credit (0409) and TID Loan (6504, paid off before Petition Date)**<br><br>Last 4 digits of account number: _____ | **September 18, 2023 - December 13, 2023** | **$2,260,755.17** |

## Part 3:    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Chadwick T Voll v. Extreme Customs**<br>**2023SC002911** | **Small Claims** | **Winnebago County Circuit Court**<br>**Clerk of Courts**<br>**415 Jackson Street**<br>**Oshkosh, WI 54901** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Jesus Quinones et al. v. Exteme Customs LLC and Tyler Reilly**<br>**21-cv-00995-WCG** | **Suit to recover unpaid compensation under the FLSA** | **U.S. Dist. Ct. E.D. Wis. - Green Bay**<br>**125 S Jefferson St. #102**<br>**Green Bay, WI 54301** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Extreme Cares Foundation, LLC**<br>**2175 S. KOELLER ST.**<br>**Oshkosh, WI 54902** | **See attachment. Charitable giving to help less fortunate families, veterans, active duty military, and first responders with their tires,  wheels, and accessories purchases.** | **December 24, 2021 through November 27, 2023** | **$13,000.00** |
| | **Recipients relationship to debtor**<br>**Insider company controlled and owned by Tyler G. Reilly** | | | |

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

Case 23-25770-beh    Doc 64    Filed 01/12/24    Page 42 of 63

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

|  | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Swanson Sweet LLP<br>107 Church Ave.<br>Oshkosh, WI 54901** | **Swanson Sweet received a $15,000 advance payment retainer on September 5, 2023 and thereafter invoiced the entire $15,000. Retainer covered analysis of the Debtor's business operations and plan going forward.** | **September 5, 2023** | **$15,000.00** |
|  | **Email or website address**<br>**https://swansonsweet.com/** |  |  |  |
|  | **Who made the payment, if not debtor?**<br>**Dempsey Law Firm on behalf of the Debtors Extreme Customs, LLC and Oshkosh Refurb, Inc. via IOLTA Trust Check** |  |  |  |
| 11.2. | **Swanson Sweet LLP<br>107 Church Avenue<br>Oshkosh, WI 54901** | **Swanson Sweet received an advance payment retainer of $45,000 on November 17, 2023 and thereafter invoiced the sum of $32,858.68 for pre-petition work, leaving $12,141.32 for an advance payment retainer for post-petition services and will be held in trust subject to approval of fee applications.** | **November 17, 2023** | **$45,000.00** |
|  | **Email or website address**<br>**https://swansonsweet.com** |  |  |  |
|  | **Who made the payment, if not debtor?**<br>**Dempsey Law Firm on behalf of the Debtors Extreme Customs, LLC and Oshkosh Refurb, Inc. via IOLTA Trust Check** |  |  |  |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Extreme Auto Sales LLC 2175 S. Koeller St. Oshkosh, WI 54902 | Before filing the petition the Debtor gave $1.00 to Extreme Auto Sales LLC in exchange for Extreme Auto's automobile inventory to consolidate inventory and continue auto sales/repair activity on the automobiles. The automobile inventory is subject to the outstanding liens of Bank First. | December 15, 2023 | $1.00 |
| | **Relationship to debtor** Sister company whose sole owner and manager is Tyler G. Reilly, sole owner and manager of the Debtor | | | |

## Part 7:  Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 3420 Jackson St Oshkosh, WI 54901 | 2012-July 2021 |
| 14.2. | W7627 State Rd 21 Wautoma, WI 54982 | Until summer 2023 |
| 14.3. | 5013 W Greenville DrA Appleton, WI 54913 | Until summer 2023 |

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| **Part 9:** | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

 **Full Names; phone numbers; emails; addresses; vehicle information**

 Does the debtor have a privacy policy about that information?
 ☐ No
 ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

 ■ No Go to Part 10.
 ☐ Yes. Fill in below:

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **See below** | | Out of an abundance of caution, the debtor wishes to disclose that it may have held property at its business location that was owned by the following affiliates of the debtor (also listed in Schedule H), which now contain nearly no assets and carry on no business: (1) Aftermarket Financing, LLC; (2) Extreme Auto Sales, LLC; (3) Realview Media, LLC; (4) Reilly Real Estate, LLC; (5) The Shop Bar and Grille, LLC; and (6) Tire Reps, LLC. | $0.00 |

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ☑ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☑ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1. **The Shop Bar and Grille, LLC**<br>**210 N Main St**<br>**Oshkosh, WI 54901-4803** | **Bar and Restauraunt** | EIN: **371916116** |
| | | From-To **November 15, 2018 to the present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **CliftonLarsonAllen**<br>**1660 Oshkosh Ave**<br>**Suite 200**<br>**Oshkosh, WI 54902** | **2022-2023** |
| 26a.2. **Atty. Heath Mynesberge**<br>**Dempsey Law**<br>**210 N Main St Ste 100**<br>**PO Box 886**<br>**Oshkosh, WI 54903-0886** | **2018-2023** |
| 26a.3. **Elevate Accounting LLC**<br>**2214 Omro Rd**<br>**Oshkosh, WI 54904** | **October 2021 -**<br>**September 2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **CliftonLarsonAllen**<br>**1660 Oshkosh Ave**<br>**Suite 200**<br>**Oshkosh, WI 54902** | **2022-2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. **Tyler G. Reilly**<br>**1384 Whispering Pines Lane**<br>**Neenah, WI 54956** | |
| 26c.2. **Atty. Heath Mynesberge**<br>**Dempsey Law**<br>**210 N Main St Ste 100**<br>**PO Box 886**<br>**Oshkosh, WI 54903-0886** | |
| 26c.3. **Swanson Sweet LLP**<br>**107 Church Ave.**<br>**Oshkosh, WI 54901** | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.4.  **CliftonLarsonAllen**<br>**1660 Oshkosh Ave**<br>**Suite 200**<br>**Oshkosh, WI 54902** | |
| 26c.5.  **Cowie Management Group**<br>**107 Church Avenue**<br>**Oshkosh, WI 54901** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Bank First, N.A. f/k/a Hometown Bank**<br>**1159 N Koeller St.**<br>**Oshkosh, WI 54902** |
| 26d.2.  **U.S. Small Business Administration**<br>**2 North Street, Suite 320**<br>**Birmingham, AL 35203** |
| 26d.3.  **Peoples State Bank**<br>**1905 Stewart Avenue**<br>**Wausau, WI 54402** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.  **Tim Splittgerber** | **September 12, 2023** | **Mr. Splittberger of Strategic Business Advisors, SC was sent by Bank First, N.A. to do the inventory. Bank First did not send the Debtor the results of the inventory.** |
| Name and address of the person who has possession of inventory records<br>**Extreme Customs, LLC**<br>**2175 S. Koeller St.**<br>**Oshkosh, WI 54901** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Tyler G. Reilly** | **1384 Whispering Pines Lane**<br>**Neenah, WI 54956** | **President and Sole Shareholder** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Case 23-25770-beh    Doc 64    Filed 01/12/24    Page 48 of 63

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Tyler G. Reilly**<br>**1384 Whispering Pines Lane**<br>**Neenah, WI 54956** | **See amounts and description in response to question 4 and in attachment** | **See dates in response to question 4 and in attachment** | **See reason in response to question 4 and in attachment** |
| | Relationship to debtor<br>**President and Sole Shareholder** | | | |
| 30.2. | **Oshkosh Refurb, Inc.**<br>**2175 S Koeller Street**<br>**Oshkosh, WI 54902-9203** | **See amounts and description in response to question 4 and in attachment** | **See dates in response to question 4 and in attachment** | **See reason in response to question 4 and in attachment** |
| | Relationship to debtor<br>**Affiliated company** | | | |
| 30.3. | **Reilly Real Estate, LLC**<br>**2175 S KOELLER ST**<br>**Oshkosh, WI 54902-9203** | **See amounts and description in response to question 4 and in attachment** | **See dates in response to question 4 and in attachment** | **See reasons in response to question 4 and in attachment** |
| | Relationship to debtor<br>**Insider Company controlled and owned by Tyler G. Reilly** | | | |
| 30.4. | **Extreme Cares Foundation, LLC**<br>**2175 S. Koeller St.**<br>**Oshkosh, WI 54902** | **See amounts and description in response to question 4 and attachment** | **See dates in response to question 4 and attachment** | **See reasons in response to question 4 and attachment** |
| | Relationship to debtor<br>**Insider company controlled and owned by Tyler G. Reilly** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 12, 2024**

**/s/ Tyler G. Reilly**                          **Tyler G. Reilly**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Sole Member and Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

| Creditor | Address | Date | Amount | Reason for Payment |
|----------|---------|------|--------|--------------------|
| American Express | 200 Vesey St, New York, NY 10285 | 12/12/2023 | $ 22,273.00 | Unsecured trade debt |
| American Express | 200 Vesey St, New York, NY 10285 | 11/13/2023 | $ 22,273.00 | Unsecured trade debt |
| American Express | 200 Vesey St, New York, NY 10285 | 10/12/2023 | $ 22,273.00 | Unsecured trade debt |
| American Funds - Capital Group | P.O. Box 6007, Indianapolis, IN 46206-6007 | 12/13/2023 | $ 1,558.84 | 401k matching |
| American Funds - Capital Group | P.O. Box 6007, Indianapolis, IN 46206-6007 | 11/28/2023 | $ 1,573.22 | 401k matching |
| American Funds - Capital Group | P.O. Box 6007, Indianapolis, IN 46206-6007 | 11/15/2023 | $ 1,632.08 | 401k matching |
| American Funds - Capital Group | P.O. Box 6007, Indianapolis, IN 46206-6007 | 11/3/2023 | $ 1,714.42 | 401k matching |
| American Funds - Capital Group | P.O. Box 6007, Indianapolis, IN 46206-6007 | 10/13/2023 | $ 1,676.16 | 401k matching |
| American Funds - Capital Group | P.O. Box 6007, Indianapolis, IN 46206-6007 | 10/5/2023 | $ 1,817.18 | 401k matching |
| American Funds - Capital Group | P.O. Box 6007, Indianapolis, IN 46206-6007 | 9/18/2023 | $ 1,663.54 | 401k matching |
| American Tire Distributors | 300 E. Mahn Ct., Oak Creek, WI 53154 | 12/12/2023 | $ 60,043.16 | Unsecured trade debt |
| American Tire Distributors | 300 E. Mahn Ct., Oak Creek, WI 53154 | 12/6/2023 | $ 60,075.49 | Unsecured trade debt |
| American Tire Distributors | 300 E. Mahn Ct., Oak Creek, WI 53154 | 12/1/2023 | $ 40,098.26 | Unsecured trade debt |
| American Tire Distributors | 300 E. Mahn Ct., Oak Creek, WI 53154 | 11/29/2023 | $ 40,297.48 | Unsecured trade debt |
| American Tire Distributors | 300 E. Mahn Ct., Oak Creek, WI 53154 | 11/1/2023 | $ 73,930.64 | Unsecured trade debt |
| American Tire Distributors | 300 E. Mahn Ct., Oak Creek, WI 53154 | 10/26/2023 | $ 53,155.53 | Unsecured trade debt |
| American Tire Distributors | 300 E. Mahn Ct., Oak Creek, WI 53154 | 10/16/2023 | $ 48,212.66 | Unsecured trade debt |
| American Tire Distributors | 300 E. Mahn Ct., Oak Creek, WI 53154 | 9/29/2023 | $ 9,070.24 | Unsecured trade debt |
| American Tire Distributors | 300 E. Mahn Ct., Oak Creek, WI 53154 | 9/26/2023 | $ 60,097.30 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 12/15/2023 | $ 30,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 12/14/2023 | $ 20,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 12/13/2023 | $ 70,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 12/13/2023 | $ 10,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 12/12/2023 | $ 50,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 12/11/2023 | $ 25,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 12/8/2023 | $ 160,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 12/6/2023 | $ 50,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 12/5/2023 | $ 100,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/30/2023 | $ 125,910.28 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/29/2023 | $ 40,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/28/2023 | $ 100,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/27/2023 | $ 30,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/24/2023 | $ 100,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/21/2023 | $ 150,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/21/2023 | $ 15,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/20/2023 | $ 25,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/17/2023 | $ 20,000.00 | Unsecured trade debt |

| Creditor | Address | Date | Amount | Reason for Payment |
|----------|---------|------|--------|---------------------|
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/16/2023 | $ 15,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/14/2023 | $ 80,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/13/2023 | $ 60,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/10/2023 | $ 50,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/8/2023 | $ 60,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/7/2023 | $ 180,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/6/2023 | $ 60,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 11/1/2023 | $ 100,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/31/2023 | $ 180,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/30/2023 | $ 15,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/30/2023 | $ 40,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/26/2023 | $ 25,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/25/2023 | $ 60,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/24/2023 | $ 100,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/23/2023 | $ 25,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/20/2023 | $ 50,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/19/2023 | $ 60,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/17/2023 | $ 20,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/17/2023 | $ 180,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/16/2023 | $ 60,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/13/2023 | $ 30,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/12/2023 | $ 60,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/10/2023 | $ 50,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/10/2023 | $ 125,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/5/2023 | $ 50,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/4/2023 | $ 60,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/3/2023 | $ 30,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/3/2023 | $ 125,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 10/2/2023 | $ 60,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 9/29/2023 | $ 40,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 9/27/2023 | $ 30,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 9/26/2023 | $ 80,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 9/25/2023 | $ 40,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 9/25/2023 | $ 40,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 9/21/2023 | $ 40,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 9/20/2023 | $ 80,000.00 | Unsecured trade debt |
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 9/19/2023 | $ 50,000.00 | Unsecured trade debt |

| Creditor | Address | Date | Amount | Reason for Payment |
|---|---|---|---|---|
| Capital One | 1680 Capital One Dr, Mc Lean, VA 22102 | 9/19/2023 | $ 150,000.00 | Unsecured trade debt |
| Dempsey Law | 210 N Main St, Suite 100, Oshkosh, WI 54903-0886 | 11/10/2023 | $ 40,005.00 | Legal |
| Dempsey Law | 210 N Main St, Suite 100, Oshkosh, WI 54903-0886 | 10/6/2023 | $ 10,000.00 | Legal |
| WDOR | P.O. Box 8981, Madison, WI 53708-8981 | 11/22/2023 | $ 34,787.34 | Taxes |
| WDOR | P.O. Box 8981, Madison, WI 53708-8981 | 10/23/2023 | $ 10,598.12 | Taxes |
| WDOR | P.O. Box 8981, Madison, WI 53708-8981 | 9/20/2023 | $ 12,255.84 | Taxes |
| IMT Insurance | 7825 Mills Civic Parkway, West Des Moines, IA 50266 | 12/14/2023 | $ 4,415.21 | Insurance |
| IMT Insurance | 7825 Mills Civic Parkway, West Des Moines, IA 50266 | 11/14/2023 | $ 4,554.88 | Insurance |
| IMT Insurance | 7825 Mills Civic Parkway, West Des Moines, IA 50266 | 10/16/2023 | $ 10,171.76 | Insurance |
| SBA | 2 North Street, Suite 320, Birmingham, AL 35203 | 12/1/2023 | $ 9,795.00 | Secured Debt |
| SBA | 2 North Street, Suite 320, Birmingham, AL 35203 | 11/1/2023 | $ 9,795.00 | Secured Debt |
| SBA | 2 North Street, Suite 320, Birmingham, AL 35203 | 10/2/2023 | $ 9,795.00 | Secured Debt |
| Tires Easy | 4562 E 2nd, Ste H, Benicia, CA 94510 | 11/8/2023 | $ 48,006.99 | Unsecured trade debt |
| United Healthcare | MN006-W300, 9800 Health Care Lane, Minnetonka, MN 55343 | 12/12/2023 | $ 8,399.32 | Employee health plan |
| United Healthcare | MN006-W300, 9800 Health Care Lane, Minnetonka, MN 55343 | 11/10/2023 | $ 8,399.32 | Employee health plan |
| United Healthcare | MN006-W300, 9800 Health Care Lane, Minnetonka, MN 55343 | 10/12/2023 | $ 8,399.32 | Employee health plan |
| US Auto Force | 425 Better Way, Appleton, WI 54915 | 11/14/2023 | $ 154,349.00 | Unsecured trade debt |
| WBD, Inc | 5202 Eastpark Boulevard, Suite 109, Madison, WI 53718 | 12/1/2023 | $ 13,207.76 | Secured Debt |
| WBD, Inc | 5202 Eastpark Boulevard, Suite 109, Madison, WI 53718 | 11/1/2023 | $ 13,207.76 | Secured Debt |
| WBD, Inc | 5202 Eastpark Boulevard, Suite 109, Madison, WI 53718 | 10/2/2023 | $ 13,207.76 | Secured Debt |
| Wisconsin Public Service | P.O. Box 19003, Green Bay, WI 543070-9003 | 11/28/2023 | $ 1,695.82 | Utility |
| Wisconsin Public Service | P.O. Box 19003, Green Bay, WI 543070-9003 | 11/28/2023 | $ 1,249.34 | Utility |
| Wisconsin Public Service | P.O. Box 19003, Green Bay, WI 543070-9003 | 11/28/2023 | $ 357.58 | Utility |
| Wisconsin Public Service | P.O. Box 19003, Green Bay, WI 543070-9003 | 10/10/2023 | $ 1,500.00 | Utility |
| Wisconsin Public Service | P.O. Box 19003, Green Bay, WI 543070-9003 | 10/10/2023 | $ 1,500.00 | Utility |
| Wisconsin Public Service | P.O. Box 19003, Green Bay, WI 543070-9003 | 10/10/2023 | $ 1,500.00 | Utility |
| Wisconsin Public Service | P.O. Box 19003, Green Bay, WI 543070-9003 | 10/2/2023 | $ 3,312.39 | Utility |

| Debit | | Date | Description | Insider |
|---|---|---|---|---|
| $ | 500.00 | 11/27/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 10/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 9/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 8/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 7/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 1,000.00 | 7/5/2023 | 110243511 Business Online Transfer To XXXXXX7678 7/05/23 12:56 | Extreme Cares Foundation |
| $ | 500.00 | 6/26/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 5/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 4/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 3/27/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 2/27/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 1/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 12/23/2022 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 20,535.15 | 12/1/2023 | TRANSFER TO 6127512 | Oshkosh Refurb, Inc. |
| $ | 20,535.15 | 11/1/2023 | TRANSFER TO 6127512 | Oshkosh Refurb, Inc. |
| $ | 3,500.00 | 10/16/2023 | 116064891 Business Online Transfer To XXXXXX7512 10/16/23 8:39 | Oshkosh Refurb, Inc. |
| $ | 20,535.15 | 10/2/2023 | TRANSFER TO 6127512 | Oshkosh Refurb, Inc. |
| $ | 3,900.00 | 9/15/2023 | 114732554 Business Online Transfer To XXXXXX7512 9/15/23 7:08 | Oshkosh Refurb, Inc. |
| $ | 20,535.15 | 9/1/2023 | TRANSFER TO 6127512 | Oshkosh Refurb, Inc. |
| $ | 3,900.00 | 8/15/2023 | 113260138 Business Online Transfer To XXXXXX7512 8/15/23 5:59 | Oshkosh Refurb, Inc. |
| $ | 20,535.15 | 8/1/2023 | TRANSFER TO 6127512 | Oshkosh Refurb, Inc. |
| $ | 3,900.00 | 7/17/2023 | 113181039 Business Online Transfer To XXXXXX7512 7/17/23 5:51 | Oshkosh Refurb, Inc. |
| $ | 20,535.15 | 7/3/2023 | TRANSFER TO 6127512 | Oshkosh Refurb, Inc. |
| $ | 3,900.00 | 6/15/2023 | 114922765 Business Online Transfer To XXXXXX7512 6/15/23 7:24 | Oshkosh Refurb, Inc. |
| $ | 20,535.15 | 6/1/2023 | TRANSFER TO 6127512 | Oshkosh Refurb, Inc. |
| $ | 3,900.00 | 5/15/2023 | 113791074 Business Online Transfer To XXXXXX7512 5/15/23 6:13 | Oshkosh Refurb, Inc. |
| $ | 20,535.15 | 5/1/2023 | TRANSFER TO 6127512 | Oshkosh Refurb, Inc. |
| $ | 3,500.00 | 4/17/2023 | 115160683 Business Online Transfer To XXXXXX7512 4/17/23 17:50 | Oshkosh Refurb, Inc. |
| $ | 20,535.15 | 4/3/2023 | TRANSFER TO 6127512 | Oshkosh Refurb, Inc. |
| $ | 3,500.00 | 3/15/2023 | 112310037 Business Online Transfer To XXXXXX7512 3/15/23 7:53 | Oshkosh Refurb, Inc. |
| $ | 20,535.15 | 3/1/2023 | TRANSFER TO 6127512 | Oshkosh Refurb, Inc. |
| $ | 20,535.15 | 2/1/2023 | TRANSFER TO 6127512 | Oshkosh Refurb, Inc. |
| $ | 20,535.15 | 12/30/2022 | TRANSFER TO 6127512 | Oshkosh Refurb, Inc. |
| $ | 10,000.00 | 12/15/2022 | e-Corp Transfer to CHECKING 6127512 on 12/15/22 at 9:59 | Oshkosh Refurb, Inc. |

| Debit | | Date | Description | Insider |
|---|---|---|---|---|
| $ | 6,500.00 | 9/25/2023 | TRANSFER TO 4102178 | Reilly Real Estate |
| $ | 6,500.00 | 8/25/2023 | TRANSFER TO 4102178 | Reilly Real Estate |
| $ | 6,500.00 | 7/25/2023 | TRANSFER TO 4102178 | Reilly Real Estate |
| $ | 6,500.00 | 6/26/2023 | TRANSFER TO 4102178 | Reilly Real Estate |
| $ | 6,500.00 | 5/25/2023 | TRANSFER TO 4102178 | Reilly Real Estate |
| $ | 6,500.00 | 4/25/2023 | TRANSFER TO 4102178 | Reilly Real Estate |
| $ | 6,500.00 | 3/27/2023 | TRANSFER TO 4102178 | Reilly Real Estate |
| $ | 6,500.00 | 2/27/2023 | TRANSFER TO 4102178 | Reilly Real Estate |
| $ | 2,500.00 | 1/25/2023 | TRANSFER TO 4102178 | Reilly Real Estate |
| $ | 6,500.00 | 1/25/2023 | TRANSFER TO 4102178 | Reilly Real Estate |
| $ | 2,500.00 | 12/23/2022 | TRANSFER TO 4102178 | Reilly Real Estate |
| $ | 6,500.00 | 12/23/2022 | TRANSFER TO 4102178 | Reilly Real Estate |
| $ | 3,500.00 | 2/1/2023 | e-Corp Transfer to CHECKING 3102192 on 2/01/23 at 6:17 | Tyler G. Reilly |

Attachment to SOFA Question 6 - Setoffs

| Creditor | Address | Action Creditor Took | Date | Amount | Last Four Account Number |
|---|---|---|---|---|---|
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 12/13/2023 | $ 50,118.16 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 12/12/2023 | $ 10,176.50 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 12/11/2023 | $ 65,535.47 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 12/8/2023 | $ 3,267.07 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 12/7/2023 | $ 56,877.13 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 12/6/2023 | $ 6,493.01 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 12/5/2023 | $ 25,077.51 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 12/4/2023 | $ 60,892.45 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/30/2023 | $ 2,359.79 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/29/2023 | $ 119.97 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/29/2023 | $ 75,000.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/28/2023 | $ 472.11 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/27/2023 | $ 42,639.71 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/24/2023 | $ 36,914.13 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/22/2023 | $ 34,528.72 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/21/2023 | $ 701.28 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/21/2023 | $ 14,572.89 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/20/2023 | $ 53,189.85 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/17/2023 | $ 42,370.20 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/16/2023 | $ 52,798.99 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/15/2023 | $ 64,615.65 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/14/2023 | $ 11,408.44 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/13/2023 | $ 5,766.08 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/13/2023 | $ 750.18 | Loan 6504 (TID Loan) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/10/2023 | $ 13,966.58 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/9/2023 | $ 57,615.48 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/9/2023 | $ 3,900.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/8/2023 | $ 1,811.12 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/7/2023 | $ 939.22 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/6/2023 | $ 13,736.67 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/3/2023 | $ 4,510.94 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/3/2023 | $ 90,000.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 11/2/2023 | $ 65,671.79 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/31/2023 | $ 13,140.30 | Loan 0409 (Line of Credit) |

| Creditor | Address | Action Creditor Took | Date | Amount | Last Four Account Number |
|----------|---------|---------------------|------|--------|--------------------------|
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/30/2023 | $ 43,347.21 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/27/2023 | $ 4,713.12 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/26/2023 | $ 859.97 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/25/2023 | $ 28,806.16 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/24/2023 | $ 16,813.46 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/23/2023 | $ 1,885.46 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/23/2023 | $ 88,000.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/20/2023 | $ 9,464.90 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/19/2023 | $ 9,902.51 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/18/2023 | $ 103,000.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/18/2023 | $ 11,301.88 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/17/2023 | $ 777.99 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/16/2023 | $ 10,902.11 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/13/2023 | $ 1,773.37 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/12/2023 | $ 989.54 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/11/2023 | $ 846.22 | Loan 6504 (TID Loan) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/11/2023 | $ 38,000.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/11/2023 | $ 208,000.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/11/2023 | $ 513.57 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/10/2023 | $ 12,922.83 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/6/2023 | $ 58,000.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/6/2023 | $ 8,055.75 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/5/2023 | $ 6,457.86 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/4/2023 | $ 62,000.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/4/2023 | $ 737.85 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/3/2023 | $ 17,870.35 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/2/2023 | $ 31,000.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 10/2/2023 | $ 15,091.20 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 9/29/2023 | $ 17,355.01 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 9/28/2023 | $ 53,000.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 9/28/2023 | $ 17,685.60 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 9/27/2023 | $ 78,000.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 9/27/2023 | $ 16,477.96 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 9/26/2023 | $ 13,417.23 | Loan 0409 (Line of Credit) |

Attachment to SOFA Question 6 - Setoffs

| Creditor | Address | Action Creditor Took | Date | Amount | Last Four Account Number |
|---|---|---|---|---|---|
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 9/25/2023 | $ 45,000.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 9/22/2023 | $ 46,000.00 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 9/22/2023 | $ 33,912.64 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 9/21/2023 | $ 17,473.41 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 9/20/2023 | $ 30,456.05 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 9/19/2023 | $ 26,491.58 | Loan 0409 (Line of Credit) |
| Bank First | 1159 N Koeller St. Oshkosh, WI 54902 | Account Sweep | 9/18/2023 | $ 91,514.99 | Loan 0409 (Line of Credit) |
| | | | | $ 2,260,755.17 | |

| Debit | | Date | Description | Recipient |
|---|---|---|---|---|
| $ | 500.00 | 11/27/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 10/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 9/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 8/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 7/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 1,000.00 | 7/5/2023 | 110243511 Business Online Transfer To XXXXXX7678 7/05/23 12:56 | Extreme Cares Foundation |
| $ | 500.00 | 6/26/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 5/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 4/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 3/27/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 2/27/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 1/25/2023 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 12/23/2022 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 11/25/2022 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 10/25/2022 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 9/23/2022 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 8/25/2022 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 7/25/2022 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 6/24/2022 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 5/25/2022 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 4/25/2022 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 3/25/2022 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 2/25/2022 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 1/25/2022 | TRANSFER TO 6127678 | Extreme Cares Foundation |
| $ | 500.00 | 12/24/2021 | TRANSFER TO 6127678 | Extreme Cares Foundation |

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **Extreme Customs, LLC**                                    Case No.   **23-25770**
                                               Debtor(s)            Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept                          $              **0.00**

     Prior to the filing of this statement I have received               $              **0.00**

     Balance Due                                                          $              **0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  [Other provisions as needed]
         **Advice on duties and obligations as Debtor; Necessary creditor, court and Trustee contacts**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Services requiring special expertise not available in-house.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 12, 2024**
*Date*

/s/ **Paul G. Swanson**
**Paul G. Swanson 1007861**
*Signature of Attorney*
**SWANSON SWEET LLP**
**107 Church Avenue**
**Oshkosh, WI 54901**
**920-235-6690  Fax: 920-426-5530**
**pswanson@swansonsweet.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Extreme Customs, LLC**

Debtor(s)

Case No. **23-25770**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Tyler G. Reilly**<br>**1384 Whispering Pines Lane**<br>**Neenah, WI 54956** | | **All** | **Sole Owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Member and Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **January 12, 2024**

Signature **/s/ Tyler G. Reilly**

**Tyler G. Reilly**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Eastern District of Wisconsin

In re  **Extreme Customs, LLC**

Debtor(s)

Case No. **23-25770**

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Member and Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 12, 2024**

**/s/ Tyler G. Reilly**
**Tyler G. Reilly**/**Sole Member and Manager**
Signer/Title

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **Extreme Customs, LLC**          Case No.   **23-25770**
<br>Debtor(s)        Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Extreme Customs, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 12, 2024**
<br>Date

**/s/ Paul G. Swanson**
<br>**Paul G. Swanson 1007861**
<br>Signature of Attorney or Litigant
<br>Counsel for   **Extreme Customs, LLC**
<br>**SWANSON SWEET LLP**
<br>**107 Church Avenue**
<br>**Oshkosh, WI 54901**
<br>**920-235-6690 Fax:920-426-5530**
<br>**pswanson@swansonsweet.com**